276-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
*Attorneys for Defendant*
*MSC Pakistan (Private) Limited*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAI INTERNATIONAL, INC., <br><br> Plaintiff <br> -versus- <br><br> MEGAFLEET (PRIVATE) LIMITED, et al. <br><br> Defendants | 07-cv-3728 (LLS) <br><br> RULE 7.1 STATEMENT |

Defendant MSC PAKISTAN (PRIVATE) LIMITED, by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
MSC PAKISTAN (PRIVATE) LIMITED

By: _____
Peter J. Gutowski (PG-2200)
Gina M. Venezia (GV 1551)
80 Pine Street
New York, NY 10005
(212) 425-1900

NYDOCS1/284716.1                1