276-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
*Attorneys for Defendant*
*MSC Pakistan (Private) Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAI INTERNATIONAL, INC.,<br><br>　　　　　　Plaintiff<br>　-versus-<br><br>MEGAFLEET (PRIVATE) LIMITED, et al.<br><br>　　　　　　Defendants | 07-cv-3728 (LLS)<br><br>NOTICE OF RESTRICTED APPEARANCE PURSUANT TO RULE E(8) |

PLEASE TAKE NOTICE that Freehill Hogan & Mahar LLP, hereby enters a restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8) on behalf of Defendant MSC Pakistan (Private) Limited, reserving all defenses available to it including without limitation personal jurisdiction, service and venue.

　　　　　　　　　　　　　　　　FREEHILL HOGAN & MAHAR LLP
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　MSC PAKISTAN (PRIVATE) LIMITED

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Peter J. Gutowski (PG 2200)
　　　　　　　　　　　　　　　　　　Gina M. Venezia (GV 1551)
　　　　　　　　　　　　　　　　　　80 Pine Street
　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　(212) 425-1900

NYDOCS1/284710.1　　　　　　　　1

TO:   SHEPPARD MULLIN RICHTER & HAMPTON LLP
      30 Rockefeller Plaza
      Suite 2400
      New York, New York 10112
      Attn: Elizabeth M. Rotenberg-Schwartz

NYDOCS1/284710.1                        2