# Exhibit C

**MEGA & IN**
MEGA & IN GROUP OF COMPANIES


FORBES GROUP OF COMPANIES

May 12, 2006

CAI-Interpool, LLC
One Embarcadero Center, Suite 2101,
San Francisco, CA 94111, the U.S.A

Attn : Ms. Susan Fox

Dear Ms. Susan

Enclosed herewith please find three original agreements duly signed on behalf on Mega & Forbes Group and Megafeeder ( Pvt ) Ltd., towards the long term lease of 2250 containers.

Kindly return a signed copy to the following address:

Mega & Forbes Group
15th Floor
P.N.S.C Building
M.T Khan Road
Karachi
Pakistan
Attn: Shakeel Hyder
Tel: 92 21 5610445
Mobile: 92 321 2591650

Your kind cooperation is highly appreciated.

Thanking You
Yours truly

Shakeel Hyder
Mega & Forbes Group



MEGA CORPORATE HEAD-OFFICE
P. N. S. C. BUILDING,
16th Floor, M. T. KHAN ROAD,
KARACHI-PAKISTAN.
TEL: (92 21) 5611296-8, 5610479-80
FAX: (92 21) 5610434 / 5610513
EMAIL: corporate2@mega-in.com
WEB: http://www.mega-in.com

*A MEGA MULTI-MODAL LOGISTIC GROUP

FORBES CORPORATE HEAD-OFFICE
EBRAHIM BUILDING,
WEST WHARF ROAD,
KARACHI - PAKISTAN.
TEL: (92 21) 2314023-9, 2313227
FAX: (92 21) 2311509 / 2310938
EMAIL: corporate@forbespak.com
WEB: http://www.forbespak.com