# Exhibit E



17th Floor | Four Embarcadero Center | San Francisco, CA 94111-4109
415-434-9100 office | 415-434-3947 fax | www.sheppardmullin.com

| Date: April 13, 2007 | File Number: 06SL-129966 |
|---|---|
| Total number of pages: (including 2-page cover sheet)    3 | If all pages are not received, please call Sheppard Mullin at 415-434-9100, Ext. 3261 |

| **TO:** | **Facsimile No.** | **Telephone No.** |
|---|---|---|
| Mr. Khawaja Shams-ul-Islam<br>Attorney for Megafeeder (Private) Limited<br>F-4, Unit #7<br>Mustafa Avenue, Block 9<br>Clifton<br>Karachi<br>PAKISTAN | 011-92-21-5877424 | 011-92-21-5833909 |

| **TO:** | **Facsimile No.** | **Telephone No.** |
|---|---|---|
| Mega & Forbes Group<br>Attention: Mr. M. Habibullah Khan<br>16th Floor, PNSC Building<br>Moulvi Tamizuddin Khan Road<br>Karachi, 74000<br>PAKISTAN | 011 92 21 561 0434 | 011 92 21 561 1296 |

### BY FAX AND BY COURIER

| From: | Charles S. Donovan | Direct Dial: 415-774-2994 |
|---|---|---|
| Re: | CAI / Megafeeder (Private) Limited<br>Contracts Numbers MEGA-001 and MEGA-002 | |

Dear Sir:

  As you have indicated Megafeeder has no objection to our client retaking its equipment, I would be grateful if you would arrange for execution of the attached letter by a duly authorized Megafeeder agent or official on Megafeeder stationery. This may enable CAI to release the equipment to another lessee. Please return it to me by fax and by courier. Please also

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
Charles S. Donovan
415-774-2994

Fax Cover Sheet Page 2
Total Pages: 3
(including 2-page cover sheet)

provide in the same manner a detailed list of the location of each container, along with contact information for the depot or other entity presently in possession of the container.

Megafeeder (Private) Limited is in default under the captioned agreements with our client, CAI International, Inc. (successor in interest to Container Applications International, Inc. as assignee of CAI-Interpool, LLC) for failure to make payment when due under the agreements and for other breaches.

This letter constitutes our client's notice of termination. We are also sending this message to Mega & Forbes Group, which each contract names as a lessee, notifying them of the contracts' termination.

Very truly yours,

Charles S. Donovan

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

NOTE: THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

[Megafeeder stationery]

[date]

To Whom It May Concern:

    Re:    Containers owned or managed by CAI International, Inc.

Dear Sir or Madam:

We confirm we have no objection to you releasing to CAI International, Inc.("CAI") (successor in interest to Container Applications International, Inc. as assignee of CAI-Interpool, LLC), any and all containers in your possession that belong to CAI. We have no claim to any CAI containers.

    Very truly yours,

    MEGAFEEDER (PRIVATE) LIMITED

    By: _____

    Name: _____

    Title: _____

    DULY AUTHORIZED