# Exhibit F

TUE, APR-17-07 11:42AM    ***P+C+O***    009221+++++++    P.01

## Khawaja Shams-ul-Islam
*Advocate High Courts & Supreme Court of Pakistan.*

F-4, Unit # 7, Mustafa Avenue, Block-9, Clifton, Karachi. - Pakistan.
Tel. No. 021-5833909 - 5833918 - Fax: (92-21) 5877424
E-mail: khshams_65@yahoo.com

April 16, 2007.

Charles S. Donovan,
For Sheppard, Mullin, Richter & Hampton LLP,
17th Floor, Four Embarcadero Center,
San Fransisco,
CA 94111-4109, U.S.A.

BY COURIER/BY FAX
WITHOUT PREJUDICE

Dear Sir,

I have already indicated rather apprised you in totality that my client M/s Megafeeder (Pvt.) Limited has no privity of contract with your client, therefore, kindly do not dictate your own terms and conditions and never ever tried to put your words in the mouth of my client. I am really shocked that you are directing me to prepare absolutely misconceived certificate on the stationary of my client. Are you serious being a Lawyer to expect any such foolish step on part of a company who has no privity of contract. I hope better advice would prevail. My earlier letter, especially letter dated 11-4-2007 is a complete answer to your query. I hope this letter would end all type of correspondences. However, if your client is indeed a genuine group, they should act swiftly instead of wasting time in meaningless correspondences, however, if your client wishes to file any law suit or any kind of legal proceedings, the same would be vehemently defended by my client in any Court of law as to your client's cost, risk and consequences, which may please be noted.

Sincerely yours,

**KHAWAJA SHAMS-UL-ISLAM**
**ADVOCATE**

c.c. to
CAI-INTERPOOL, LLC
One Embarcadero Center,
Suite 2101, San Francisco,
CA 94111, U.S.A.

TOTAL P.01