# Exhibit G



**SHEPPARD MULLIN**
ATTORNEYS AT LAW

30 Rockefeller Plaza | 24th Floor | New York, NY 10112
212-332-3800 office | 212-332-3888 fax | www.sheppardmullin.com

May 18, 2007

Writer's Direct Line: 212-332-3827
erotenberg-schwartz@sheppardmullin.com

Our File Number: 06SL-129966

**BY FACSIMILE**

MSC Pakistan (Private) Limited
4th Floor, P.N.S.C. Building
Moulvi Tamizuddin Khan Road
Karachi, Pakistan 74000

Re:   CAI International, Inc. v. Megafleet (Private) Ltd., et al.
      07 CV 3728 (LLS)

### NOTICE OF ATTACHMENT

Dear Sir/Madam:

We represent CAI International, Inc. ("CAI") in the captioned lawsuit pending in the United States District Court for the Southern District of New York. We obtained a Court-ordered writ of maritime attachment against property of the defendants (of which you are one) and we served the writ on garnishee banks in New York. We have just been advised that funds belonging to you have been restrained pursuant to the writ. We write pursuant to Local Admiralty Rule B.2 to notify you of the attachment.

Please advise us if you would like to arrange for the posting of suitable security to effect release the attachment. Finally, please note the Federal Rules of Civil Procedure provide, at your request, for a prompt post-seizure hearing before the Court.

Please feel free to contact us if you would like to discuss this matter further.

Sincerely,

Elizabeth Rotenberg-Schwartz

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:7ERS1\400316622.1