# Exhibit J

MEGAIMPEX | MEGATRANS | MEGAFEEDER | MEGATECH | MEGATRANSPORT| MEGAAIR | MSC | MLOG | INSHIPPING | INSERVEY | INSHIP | INTRA21 | SEAEXPRESS

FORBES FORBES CAMPBELL | FORBES SHIPPING | FORBES FERRY | FORBES LATHAM | FOI FORBES TELECOM | FORBES LOGICOM | SEACON | SEALOG

Join The Mega Experience

Chairman Message Year 2006

The New Year will be a new leaf in the group's strategy and the past experience a tool to strengthen our workings as well as all the previous years shortcomings addressed closely in Y2006 eliminated without exception.

The new guidelines and policies for the groups future growth and expansion mode set must be only total acceleration in uplifting the gross turnover with key factor to enhance all yields ( yield management ) and continue to aggressively cut cost by inducing a paperless operating environment as already in Y05 major steps by top management to cut cost have been strongly initiated which must be the core focus of Y06. Simultaneously, continuous efforts to decentralize all units operation's to enhance the quality of our internal workings and induce more efficiency at the shop floor level along-with implementation of higher standards of service to our customers.
Unfortunately, Y05 several units continued to under perform, thus causing the group in failing to meet the set budget's which will not be tolerated in Y06.

Year after year top management has re-iterated and stressed on the 1st quarter being the key for a successful annual group result, thus, once again the first 3 initial months extraordinary efforts must be exerted to meet the top management's mandate without any excuses.

This is also the time to reflect on our shortfalls and the reason for the poor performance and ascertain the main areas of concern which require fine tuning as the imbalance in several revenue centers performance has seriously impacted the groups overall bottom-line which cannot and must not repeat in Y06, therefore, all unit heads from day one must emphasis to all concerned dept/divisions that not meeting the set KPI's/benchmarks will only be a curse in Y2006 as drastic penal action will be exercised to ensure that no exceptions emanate in meeting the overall objectives.

The top management during Y05 spent tremendous efforts in forcefully inducing

weekly/monthly/quarterly/half yearly guidelines with specific reference to the continued strategies aligned with the market changes timely which needed special attention by all units. However, this resulted in no affirmative results not only that the solutions to achieve the KPI's/revenue budget unit by unit product by product was regularly stressed but several units heads still continued not to aggressively implement. This will not be tolerated and top management will immediately exercise its discretionary powers in Y06 to timely take measures through major surgery in our operation's to address any such problems and immediately kill this disease enabling to promptly move forward in a direction which will achieve the overall goal's in Y06 without fail.

This year all units will have budgets/progress reports/other reporting/monthly/ coordination meeting (joint group/inbound/operations/terminals/focal point etc etc.) through online updating for management to immediately take necessary decisions and adjust any strategy since the top management has already setup a task team that will regularly follow through the proposed strategies/set revenue targets.

The mandate for Y06 has already been issued through several important IOM's covering the last monthly meeting Y05 the new guidelines and plans/counter measures clearly defined with all parameters of vital importance properly documented for necessary action, some areas are the EDN system/commercial product strategies/ operational/financial and finally the cost control systems and measures.

Last year benchmark's/KPI's will again be revised with several new additions covering the operational/commercial aspects at length and further detailed in Y06 master plan with special emphasis to the focal point/road shows and customer EDI/vendor EDI, more keen attention with close monitoring credits/OTS/internal audits/ISO quality requirements and finally, the admin/I.T with the help desk setup through systems to monitors several key administrative and operational areas for better control/evaluation unit by unit and revenue center-wise with immediate red alerter's well in-time to take any calculated risk if required to meet the unforeseen local changes in the trade/market.

All units in the group will have no choice but to push for more revenue the more the better but with responsible and prudent action in the market to increase market share in all the group products.

It is without a doubt that Mega & Forbes Group is now geared and focused towards a major transition into a new era of commercial/operation excellence, thus the fundamentals must be very strong with top management aggressive diversification plan and the core logistic business continue to be the main engine of our expansion. More and more investment will be ploughed in the logistic business and also expand regionally to spread our risk ensuring that all facet's of growth are well addressed (through professional recruitment/internal systems/reporting etc) to sustain in slack conditions and continue to maximize during a bullish spell, grow further without exception even if demand/supply imbalance continue and market growth slows , the groups must find its own niche to continue in the expansion mode and enhance market share without fail.

Ladies and Gentlemen the top management has prepared a detailed group master plan for the 3-5-7 year term and its implementation already commenced now, therefore, it is your duty and instruction from the top management that you cannot faulter but accept and proceed with the set agenda we have no choice but to change our working style, therefore, process innovation will be an important focus in this years compliance requirement and company

process to excel in our business through continued interaction with the market/ our clients and where ever we need to adjust we will continue to force the changes to ensure that we meet the demands of our customer .

Top management would very much like to see greater participation, initiative and innovation from all the personnel in the group as part of this large family and work as a team always with mutual respect to all colleagues and continue to maintain a very low profile in the industry , our culture and style must always be distinct and all our internal strategies tightly guarded within our 4 walls.

This is the time for the top management to test all your loyalty perseverance by moving into a new dimension in a way that we as an institution operate and set a new milestone in our country that we are the best and only select the best, our standard unmatchable, finally, inducing the highest caliber of professional's in our institution to continuously add value to our overall workings.

The Y06 resolution is to double our turnover maintain a very lean outfit cut fat wherever it is essential and press ahead to meet the targets, therefore, either all of you are on-board this difficult transition phase or plan to ship out as there will be no rescue operation since top management has no plans to abort but aggressively forge ahead to our final destination.

Previous year's are history and the new year is another year, so we must change and pull our skin-out like a reptile and adjust to meet the challenges ahead and not only continue to maintain our market position but enhance by 15-20% within the present structure.

The top management will issue several detailed policies/guidelines/expansion plan/projects etc etc., in due-course to all unit heads for their internal planning to prepare with manpower/I.T/other related tools i.e the hardware to fight as the management bullets have been already provided to achieve Y06 master plan without fail.

In the new year we all have a very tall order, thus, with all your utmost sincerity the management strongly advocates / recommends undivided attention from day1 as our motto as well as all out efforts to exert in not faltering in the top management Y06 mandate and wishes all of you and your families the very best of luck in the new year with more success and gains to meet your desires and responsibilities and conveys its gratitude to all of you for the dedication and hard-work/contribution in 2005.

All The Very Best

Good luck and help the top management. Warmest personal regards



**M. HABIBULLAH KHAN**
CHAIRMAN & MANAGING DIRECTOR

2005. All Rights Reserved. ☐A Mega Multi Modal Logistic Group Design & Created by MEGA Web U