# Exhibit K

MEGAIMPEX | MEGATRANS | MEGAFEEDER | MEGATECH | MEGATRANSPORT| MEGAAIR | MSC | MLOG | INSHIPPING | INSERVEY | INSHIP | INTRA21 | SEAEXPRESS

FORBES FORBES CAMPBELL | FORBES SHIPPING | FORBES FERRY | FORBES LATHAM | FOI | FORBES TELECOM | FORBES LOGICOM | SEACON | SEALOG

Join The Mega Experience

Welcome to Mega & FORBES
Mega & Forbes group (MFG), a diversified business conglomerates which has undergone rapid advancement since its inception. During past 25 years Mega & Forbes has steadily diversified its core activities by venturing into new business and continued ..Read More>>>

Major Activities

- Shipping & Logistics
- Transportation
- Textile Manufacturing
- Indenting & Trading
- Software Developement
- Warehousing & Distribution
- Oil & Gas
- Mega Feeder
- RFID
- Terminal Operation
- Cargo Handling
- Telecommunications
- Port Services
- Empty Depots
- Rail - GOP- Private JV
- Real Estate
- ITHL
- Other Activities

Units

Ship Crew Unit

The Ship Crew Management Unit of "Forbes Group" is an authorized Manning Agency, registered under the Laws of Pakistan.>>>

Afghan Desk

Afghan desk has a team of competed professional capable to handle transshipment boxes for Afghanistan In transit Pakistan.>>>

Check your Webmail

User Id

Password

Signup

Forgot your Password

Extra PNW carrier services
A growing number of Asia/P: Northwest container services ships calling at the port of Se boosting the box volume hand Pacific Northwest port.
Read More>>>

Trading Unit

Mega & Forbes Group is well reputed Pakistan base ISO 9001-2000 certified Shipping & Trading Group.>>>

NVOCC

MegaImpex Pakistan Private Limited which is the sister concern of Mega & In Group acting as a NVOCC in Pakistan. >>>

Clearing & Forwarding

Custom clearance has become a Mushroom trade and is mostly run by non-professionals who are creating a very bad impression and perception in mind of Importers and Exporters, reason to reactivate F.F.C under the banner of Mega & Forbes Group of Companies . >>>

Wireless Technology

FORBES TELECOMMU LIMITED was ( incorporated in 1992 the name v changed to "For Telecommunica

RFID

Forbes Logicom based FMG Cor partnered with l( RFID global pla Technologies & offering extensi· chain managem( inventory tracki; intelligent conta security, etc.>>

2005. All Rights Reserved. □A Mega Multi Modal Logistic Group Design & Created by MEGA Web U