# Exhibit L

MEGAIMPEX | MEGATRANS | MEGAFEEDER | MEGATECH | MEGATRANSPORT| MEGAAIR | MSC | MLOG | INSHIPPING | INSERVEY | INSHIP | INTRA21 | SEAEXPRESS

FORBES FORBES CAMPBELL | FORBES SHIPPING | FORBES FERRY | FORBES LATHAM | FOI FORBES TELECOM | FORBES LOGICOM | SEACON | SEALOG

Join The Mega Experience

Corporate Structure

**MEGA IN STRUCTURE**

**FORBES STRUCTURE**

**MEGA & FORBES STRUCTURE**

[x]

2005. All Rights Reserved. ☐A Mega Multi Modal Logistic Group Design & Created by MEGA Web U

MARKETING
SALES
CUSTOMER SERVICE
ACCOUNTS
OPERATIONS
ALL UNIT HEADS
MEGA TRANSPORT
MEGA RAIL
MLOG
INSHIP
MEGA AIR
INTRA 21
MEGATRANS
INSHIPPING
MEGAMPEX
INSERVEY
MEGATECH
CHAIRMAN & MANAGING DIRECTOR
MEGA & IN



