# Exhibit A



AUDITOR'S REPORT

I have audited the annexed consolidated balance sheet of **MEGA & FORBES GROUP OF COMPANIES** as at June 30, 2005 and the related profit and loss account with the notes forming part thereof, for the year then ended and I state that I have obtained all the information and explanations which to the best of my knowledge and belief, were necessary for the purposes of my audit.

These Financial Statements are the responsibility of company's management. My responsibility is to express an opinion on these Financial Statements based on my audit.

I conduct my audit in accordance with Generally Accepted Auditing Standards. These standards require that I plan and perform the audit to obtain reasonable assurance about the Financial Statements whether the Financial Statements are free from material misstatements. I believe that my audit provides a reasonable basis for my opinion and, after due verification, I report that:

a. In my opinion, proper books of account have been kept by the Companies as required by the Companies Ordinance, 1984;

b. in my opinion:
  i) the balance sheet and profit and loss account together with the notes thereon have been drawn up in conformity with the Companies Ordinance 1984 and are in agreement with the books of account and are further in accordance with accounting policies consistently applied;
  ii) the expenditure incurred during the year was for the purpose of the Company's business; and
  iii) the business conducted and the expenditure incurred during the year was in accordance with the objects of the Company;

c. in my opinion and to the best of our information and according to the explanations given to me, the balance sheet and profit and loss account together with notes forming part thereof, give the information required by the Companies Ordinance, 1984, in the manner so required and respectively give a true and fair view of the state of Company's affairs as at June 30, 2005 and of the profit for the year then ended; and

d. In my opinion no Zakat was deductible under Zakat and Ushr Ordinance, 1980 (XVIII of 1980).

CHARTERED ACCOUNTANTS

Karachi.
Dated: 2 8 OCT 2005



## MEGA & FORBES GROUP OF COMPANIES
## CONSOLIDATED BALANCE SHEET
## AS ON JUNE 30, 2005

|  |  | RUPEES IN THOUSANDS | | INC/(DEC) | % |
|---|---|---|---|---|---|
|  |  | * JUNE 30, 2005 | JUNE 30, 2004 |  |  |
| **FIXED ASSETS** |  |  |  |  |  |
| OPERATING ASSETS | 03 | 1,483,105 | 1,107,488 | 375,617 | 34 |
| CAPITAL WORK IN PROGRESS |  | 108,514 | 76,625 | 31,889 | 42 |
| SUB: TOTAL |  | 1,591,619 | 1,184,113 |  |  |
| LONG TERM INVESTMENTS | 04 | 939,887 | 864,803 | 75,064 | 9 |
| LONG TERM LOANS / DEPOSITS & PREPAYMENTS | 05 | 267,541 | 369,118 | (101,577) | (28) |
| SUB: TOTAL |  | 2,799,047 | 2,418,034 |  |  |
| **CURRENT ASSETS** | 06 |  |  |  |  |
| TRADE DEBTS |  | 714,864 | 607,851 | 107,013 | 18 |
| STOCKS & DEBENTURES |  | 807,588 | 701,530 | 106,058 | 15 |
| SHORT TERM INVESTMENT |  | 738,709 | 980,445 | (241,736) | (25) |
| ADVANCES, DEPOSITS, PRE-PAYMENTS & OTHER RECEIVABLES |  | 526,765 | 481,588 | 45,177 | 9 |
| CASH & BANK | 07 | 530,686 | 634,472 | (103,786) | (16) |
| SUB: TOTAL |  | 3,318,612 | 3,405,886 |  |  |
| **CURRENT LIABILITIES** | 08 |  |  |  |  |
| SHORT TERM RUNNING FINANCE |  | 58,444 | 50,276 | 8,168 | 16 |
| DUE TO NON ASSOCIATED UNDERTAKING |  | 76,170 | 63,181 | 12,989 | 21 |
| CREDITORS, ACCRUED & OTHER LIABILITIES |  | 144,061 | 142,374 | 1,687 | 1 |
| REFUNDABLE SECURITY DEPOSITS |  | 314,443 | 379,549 | (65,106) | (17) |
| DIVIDEND PAYABLE |  | 467,500 | 371,250 | 96,250 | 26 |
| TAXATION |  | 232,655 | 220,134 | 12,521 | 6 |
| SUB: TOTAL |  | 1,293,273 | 1,226,764 |  |  |
| NET CURRENT ASSETS |  | 2,025,339 | 2,179,122 | (153,783) | (7) |
| NET ASSETS EMPLOYED |  | 4,824,386 | 4,597,156 | 227,230 | 5 |
| **REPRESENTED BY** |  |  |  |  |  |
| SHARE CAPITAL | 09 | 1,550,000 | 1,000,000 | 550,000 | 55 |
| CAPITAL RESERVE |  | 1,015,000 | 1,670,816 | (655,816) | (39) |
| GENERAL RESERVE |  | 719,080 | 548,000 | 171,080 | 31 |
| UNAPROPRIATED PROFIT |  | 1,333,037 | 1,172,226 | 160,811 | 14 |
| DEFERED LIABILITIES |  | 207,269 | 206,114 | 1,155 | 1 |
| SUB: TOTAL |  | 4,824,386 | 4,597,156 |  |  |

* Consolidated Balance Sheet of Mega & Forbes Group of Companies

Certified by:
Avais Hyder Zaman & Co.
Chartered Accountants



## MEGA & FORBES GROUP OF COMPANIES
## CONSOLIDATED PROFIT AND LOSS ACCOUNT
## FOR THE YEAR ENDED JUNE 30, 2005

|  |  | RUPEES IN THOUSANDS | | INC/(DEC) | % |
|---|---|---|---|---|---|
|  |  | * JUNE 30, 2005 | JUNE 30, 2004 |  |  |
| OPERATING INCOME |  | 10,025,352 | 6,658,788 | 3,366,564 | 51 |
| OPERATING EXPENSES |  | (2,673,000) | (1,837,035) | (835,965) | 46 |
| **OPERATING PROFIT** |  | 7,352,352 | 4,821,753 | 2,530,599 | 52 |
| OTHER INCOME |  | 279,067 | 186,732 | 92,335 | 49 |
| **GROSS PROFIT** |  | 7,631,419 | 5,008,485 | 2,622,934 | 52 |
| ADMINISTRATIVE, SELLING AND OTHER EXPENSES | 10 | (1,504,350) | (1,019,845) | (484,505) | 48 |
| PROFIT BEFORE TAXATION |  | 6,127,069 | 3,988,640 | 2,138,429 | 54 |
| PROVISION FOR TAXATION |  | (1,808,993) | (741,448) | (1,067,545) | 144 |
| PROFIT AFTER TAXATION |  | 4,318,076 | 3,247,192 | 1,070,884 | 33 |
| UNAPPROPRIATED PROFIT BROUGHT FORWARD |  | 1,197,461 | 475,034 | 722,427 | 152 |
|  |  | 5,515,537 | 3,722,226 | 1,793,311 | 48 |
| TRANSFER TO CAPITAL RESERVE |  | (515,000) | (1,000,000) | 485,000 | (49) |
| TRANSFER TO GENERAL RESERVE |  | (2,450,000) | (900,000) | (1,550,000) | 172 |
| PROPOSED DIVIDEND |  | (1,217,500) | (650,000) | (567,500) | 87 |
| UNAPPROPRIATED PROFIT |  | 1,333,037 | 1,172,226 | 160,811 |  |

* Consolidated Profit & Loss Account of Mega-in & Forbes Group of Companies



Certified by:
Avais Hyder Zaman & Co.
Chartered Accountants



## MEGA & FORBES GROUP OF COMPANIES
## NOTES TO THE ACCOUNTS
## FOR THE YEAR ENDED JUNE 30, 2005

1.  **STATUS AND NATURE OF BUSINESS**

    Mega & Forbes Group of Companies incorporated in Pakistan and engaged in Shipping, Stevedoring and Telecommunication Business.

2.  **SUMMARY OF SIGNIFICAT ACCOUNTING POLICIES**

2.1 **ACCOUNTING CONVENTION**

    These accounts have been prepared under the historical cost convention.

2.2 **Taxation**
    **Current**

    Provision for current taxation in based on taxable income at the current rates of taxation after taking into accounts tax credit and rebates available, if any, or half percent of turnover, whichever is higher.

2.3 **Tangible Fixed Assets**

    These are stated at cost less accumulated depreciation. Depreciation is charged to Income applying the rate of depreciation on cost. Full year depreciation is charged on additions to the fixed assets and no depreciation is charged for deletion of the assets. Normal repairs and maintenance are charged to expenses as and when incurred. Major replacements and improvements are capitalized and assets so replaced, if any, are disposed.



### 03 TANGIBLE FIXED ASSETS

| PARTICULARS | ASSETS AS ON 01-07-2004 | ADDITION/ (DISPOSAL) DURING THE PERIOD | COST AS ON 30-06-2005 | DEP. RATE % | ACCUMULATED DEPRECIATION AS ON 01-07-2004 | DEPRECIATION FOR THE YEAR | ACCUMULATED DEPRECIATION AS ON 30-06-2005 | NET BOOK VALUE AS ON 30-06-2005 |
|---|---|---|---|---|---|---|---|---|
| FURNITURE & FIXTURE | 321,442 | 387,060 | 708,502 | 10 | 72,540 | 70,850 | 143,390 | 565,112 |
| OFFICE EQUIPMENT | 296,621 | 83,405 | 380,026 | 10 | 47,250 | 38,003 | 85,253 | 294,773 |
| MOTOR VEHICLES | 277,973 | 243,879 | 521,852 | 20 | 62,124 | 104,370 | 156,494 | 365,358 |
| COMPUTER & PRINTERS | 98,310 | 68,774 | 167,084 | 10 | 21,520 | 16,708 | 38,228 | 128,856 |
| GENERATOR | 113,142 | 50,123 | 163,265 | 10 | 17,932 | 16,327 | 34,259 | 129,007 |
|  | 1,107,488 | 833,241 | 1,940,729 |  | 211,366 | 246,258 | 457,624 | 1,483,105 |



|  | 2005<br>Rupees '000 | 2004<br>Rupees '000 |
|---|---|---|
| **04  LONG TERM INVESTMENT** | | |
| LONG TERM INVESTMENT | 939,887 | 864,803 |
| **05  LONG TERM LOANS/DEPOSITS & PREPAYMENTS :** | | |
| LONG TERM LOANS | 182,365 | 223,758 |
| DEPOSITS | 85,176 | 145,360 |
|  | 267,541 | 223,758 |
| **06  CURRENT ASSETS** | | |
| TRADE DEBTS | 714,864 | 607,851 |
| STOCKS & DEBENTURES | 807,588 | 701,530 |
| SHORT TERM INVESTMENTS | 738,709 | 980,445 |
|  | 2,261,161 | 2,289,826 |
| **ADVANCES DEP. PREPAYMENTS & RECEIVABLES** | | |
| **ADVANCES** | | |
| TO STAFF | 12,850 | 8,525 |
|  | 12,850 | 8,525 |
| **DEPOSITS** | | |
| CUSTOM DEPOSITS | 3,850 | 3,850 |
| K.P.T. DEPOSIT | 2,250 | 2,250 |
| RENT DEPOSITS | 1,000 | 1,000 |
| KDLB DEPOSIT | 300 | 300 |
| LET PASS DEPOSIT | 300 | 300 |
|  | 7,700 | 7,700 |
| **PREPAYMENTS AND OTHER RECEIVABLES** | | |
| PREPAID EXPENSES | 506,215 | 465,363 |
|  | 506,215 | 465,363 |
|  | 2,787,926 | 481,588 |



|  |  | 2005<br>Rupees '000 | 2004<br>Rupees '000 |
|---|---|---:|---:|
| 07. | **CASH & BANK BALANCE** | | |
|  | CASH IN HAND | 136,547 | 205,841 |
|  | CASH AT BANK | 394,139 | 428,631 |
|  |  | 530,686 | 634,472 |
| 08. | **CURRENT LIABILITIES** | | |
|  | SHORT TERM RUNNING FINANCE | 58,444 | 50,276 |
|  | DUE TO NON ASSOCIATED UNDERTAKINGS | 76,170 | 63,181 |
|  |  | 134,614 | 113,457 |
|  | **CREDITORS AND ACCRUED EXPENSES** | | |
|  | SECURITY DEPOSIT | 314,443 | 379,549 |
|  | PROVISION FOR TAXATION | 232,655 | 220,134 |
|  | DIVIDEND PAYABLE | 467,500 | 371,250 |
|  | OTHERS PAYABLE | 144,061 | 142,374 |
|  |  | 1,158,659 | 1,113,307 |
|  |  | 1,293,273 | 1,226,764 |
| 09. | **ISSUED, SUBSCRIBED AND PAID UP CAPITAL** | | |
|  | 155,000 ORDINARY SHARES OF RS.10 EACH | 1,550,000 | 1,000,000 |
|  |  | 1,550,000 | 1,000,000 |
| 10. | **ESTABLISHMENT & OTHER EXPENSES** | | |
|  | STAFF SALARY | 675,072 | 458,956 |
|  | SOCIAL CHARGES & BENEFITS  9.1 | 41,560 | 27,845 |
|  | COMMUNICATION EXPENSES  9.2 | 49,650 | 36,260 |
|  | OFFICE EXPENSES  9.3 | 75,260 | 50,425 |
|  | INFORMATION SYSTEMS & TECHNOLOGY | 116,547 | 78,086 |
|  | CHARITY & DONATION | 22,500 | 15,200 |
|  | ADVERTISEMENT / BUSINESS PROMOTION EXPENSES | 125,860 | 84,327 |
|  | ENTERTAINMENT EXPENSES | 27,450 | 18,392 |
|  | VEHICLE RUNNING AND MAINTENANCE | 61,478 | 41,994 |
|  | BANK CHARGES & COMMISSIONS | 760 | 509 |
|  | DEPRECIATION EXPENSES | 246,258 | 166,335 |
|  | TRAVELLING EXPENSES | 48,650 | 32,596 |
|  | SUBSCRIPTION | 145 | 97 |
|  | LEGAL AND PROFESSIONAL EXPENSES | 480 | 328 |
|  | MISCELLANEOUS EXPENSES | 12,680 | 8,496 |
|  |  | 1,504,350 | 1,019,845 |



|  | 2005<br>Rupees '000 | 2004<br>Rupees '000 |
|---|---|---|
| **10.1 SOCIAL CHARGES AND BENEFITS** | | |
| CONTRIBUTION TO EMPLOYEES BENEFIT SCHEMES | 1,275 | 854 |
| STAFF BENEFITS | 39,935 | 26,756 |
| OTHERS | 350 | 235 |
| | 41,560 | 27,845 |
| **10.2 COMMUNICATION** | | |
| TELEPHONE CHARGES | 12,850 | 9,610 |
| PAX CHARGES | 16,240 | 12,875 |
| MOBILE CHARGES | 12,450 | 8,342 |
| POSTAGE CHARGES | 3,425 | 2,295 |
| INTERNET CHARGES | 4,685 | 3,139 |
| | 49,650 | 36,260 |
| **10.3 OFFICE EXPENSES** | | |
| OFFICE RENT | 34,712 | 23,258 |
| PRINTING AND STATIONARY | 12,744 | 8,538 |
| UTILITY CHARGES | 6,540 | 4,382 |
| INSURANCE EXPENSES | 7,444 | 4,987 |
| OFFICE EQUIPMENT REPAIR & MAINT. | 13,820 | 9,260 |
| | 75,260 | 50,425 |