# Exhibit D

-----Original Message-----
From: Tony [mailto:tony@shinepyung.co.kr]
Sent: Monday, May 08, 2006 3:42 PM
To: 'shakeel haider'
Cc: mhk001@attglobal.net; 'Muhammad Kamran'
Subject: RE: Mega & In Long Term Lease

Dear Shakeel Hdyer

Thank you for your reply

Regarding the lessee of our long term deal, Mr. Kamran Saeed confirmed in his email dated 4th of May that it would be Mega and forbes group of companies.

So, I informed our headquarters of this.

Now that you would like it to your affiliate, Megafeeder, please let me ask our headquarters what procedure you have to take and get back to you.

In addition, is there anyone who can comment on the logo issue for me?

Regards,

Tony

-----Original Message-----
From: shakeel haider [mailto:ssh@mega-in.com]
Sent: Monday, January 09, 2006 2:26 PM
To: Tony
Cc: mhk001@attglobal.net; 'Muhammad Kamran'
Subject: Re: Mega & In Long Term Lease

Dear Tony

We have already sent you the crdit application form for Mega & Forbes Group, however please note that the lease will be executed in the name of MEGAFEEDER ( PVT ) LIMITED, an associate undertaking of Mega & Forbes Group. MEGAFEEDER is a Private Limited Company specifically formed as a regional carrier, this company will be converted into a Public Limited in the next 24 months. We can also provide a Letter of Comfort from Mega & Forbes Group for your satisfaction. The credit Application for MEGAFEEDER will also be provided to you very shortly.

B.Rgds

Shakeel Hdyer