# Exhibit E

Case 1:07-cv-03728-LLS	Document 10-6	Filed 06/22/2007	Page 1 of 3

```
-----Original Message-----
From: Tony [mailto:tony@shinepyung.co.kr]
Sent: Wednesday, May 10, 2006 2:28 PM
To: mhk001@attglobal.net
Cc: 'Muhammad Kamran'; 'shakeel haider'
Subject: FW: lessee change for Mego & In long term lease
```

Dear Mr. Kahn

Regarding the lessee change, please see our headquarters' comment below.
We could add Megafeeder as a co-lease together with Mega & Forbes Group to our lease agreement.
Please confirm if you could agree to this.
The credit application of Mega Feeder was submitted with many thanks.

Have a great day!

Best regards,
Tony

P.S) By the way, when could we expect to receive your confirmation for our draft long term contract?
Do you think we could finalize everything within this week?

```
-----Original Message-----
From: Susan Fox
Sent: Wednesday, May 10, 2006 1:31 AM
To: Tony
Cc: Fred; Hiroshi Nagato
Subject: RE: lessee change for Mego & In long term lease
```

Dear Tony,

We can add Megafeeder to the lease as a co-lessee, but Mega & Forbes Group needs to remain on the lease as the other co-lessee.

Unfortunately, a Letter of Comfort will not suffice. Kindly confirm if we should revise the lease agreement to add Megafeeder as a co-lessee.

Best regards,
Susan