# Exhibit F

-----Original Message-----
From: Tony [mailto:tony@shinepyung.co.kr]
Sent: Wednesday, May 10, 2006 3:08 PM
To: 'M.Habib Ullah Khan'
Cc: 'Muhammad Kamran'; 'shakeel haider'
Subject: RE: lessee change for Mego & In long term lease

Dear Mr. Kahn

Thank you for your quick reply.

Regarding the third party liability coverage, I will get back to you once I talk to the headquarters.
Once you confirm everything in the draft, we will forward the two signed originals to you by air courier and then you send the one back to us with your signature.

Best regards,
Tony

-----Original Message-----
From: M.Habib Ullah Khan [mailto:mhk001@attglobal.net]
Sent: Wednesday, May 10, 2006 2:45 PM
To: Tony
Cc: 'Muhammad Kamran'; 'shakeel haider'
Subject: Re: lessee change for Mego & In long term lease

Tony no problem please proceed to co-lease with megafeeder will forward the signed agreement within this week furthermore have liased with sychronet Mr.Mark Fieldings in singapore they will cordinate with CAI and commence picking up the units.Furthermore please let me know whether you have received the logo and pick up plan of units + the insurance clause in the draft agreement on the third party liability can that be reduced to usd250k ratherthan usd1m to reduce our premium also we are speaking to itic fr the insurance of the units.please all in order to immediately process>>>b.rgds>>hk>>10/may/05