# Exhibit G

sfops, 5/15/06 9:08 AM -0700, MEGA                                                          2

> Best regards,
> Tony
>
> -----Original Message-----
> From: Susan Fox [mailto:fox@capps.com]
> Sent: Friday, May 12, 2006 5:54 AM
> To: Tony
> Cc: hiroshi@capps.com; fred@capps.com
> Subject: Re: FW: lessee change for Mego & In long term lease
>
> Dear Tony,
>
> Thank you for the good news. Will await receipt of the signed contracts.
>
> Would you please advise:
>
> 1. Name of person or department to whose attention billing should be sent.
>
> 2. We send most of our billing in pdf format via email and would like
> to offer this to Mega. Attached please find a description of this
> service. If they can receive their invoices in this format, kindly
> advise the name and email address of the person to whom we should
> send the invoices via email. If they cannot receive it in this
> format, please advise a phone number so we can send via pouch.
>
> Thanks again and best regards,
> Susan
>
> At 6:31 PM +0900 5/11/06, Tony wrote:
> >Dear Susan
> >
> >You will receive the copy by fax first soon.
> >Three originals will be directly express-mailed to you.
> >
> >Best regards,
> >Tony
> >
> >-----Original Message-----
> >From: M.Habib Ullah Khan
> >Sent: Thursday, May 11, 2006 4:30 PM
> >To: Tony
> >Cc: 'Muhammad Kamran'; 'shakeel haider'
> >Subject: Re: lessee change for Mego & In long term lease
> >
> >thks tony will fax tdy and forward regards...hk
> >
> >ssh ric pl xecute...hk
> >----- Original Message -----

Printed for Susan Fox <fox@capps.com>                                                       2