# Exhibit A

# Bank of America
## Container Applications International Inc
## Current Day All Data Summary and Detail with Text Report

| | | | | | |
|---|---|---|---|---|---|
| 11,919.28 | 0608073401 | 060608073401 | 11,919.28 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:060806 TIME:0830 ET
TRN:2006060800073401 SNDR REF:FTTUSD101.224.06
SERVICE REF:165833
RELATED REF:NONE
ORIG:M.HABIBULLAH KHAN C.O MEGAFEEDER PVT LTD KARACHI -
PAKISTAN ID:
ORG BK:MEEZAN BANK LTD MBL ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:0108
BNF:CONTAINER APPLICATIONS INTERNATIONAL ID:0060199991
BNF BK: ID:
PAYMENT DETAILS: NONE
INVOICE NO.066857
BKCD CRED

# Bank of America
## Container Applications International Inc
## Current Day All Data Summary and Detail with Text Report

| | | | | | |
|---|---|---|---|---|---|
| 28,035.20 | 0728095473 | 060728095473 | 28,035.20 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:072806 TIME:0919 ET
TRN:2006072800095473 SNDR REF:209IS04094300000
SERVICE REF:20060728B1Q8984C002145
RELATED REF:
ORIG:M.HABIBULLAH KHAN KARACHI - PAKISTAN ID:
ORG BK:MEEZAN BANK LTD  MBL ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:021001088
BNF:CONTAINER APPLICATION INTERNATIONAL ID:000060199991
BNF BK: ID:
PAYMENT DETAILS: INVOICE NO.066857
BKCD CRED

## Bank of America
### Container Applications International Inc

| 53,783.29 | 0911044353 | 060911044353 | 53,783.29 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:091106 TIME:0708 ET
TRN:2006091100044353 SNDR REF:254IS08983600000
SERVICE REF:20060911B1Q8984C000214
RELATED REF:
ORIG:M.HABIBULLAH KHAN KARACHI - PAKISTAN ID:
ORG BK:MEEZAN BANK LTD MBL ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:021001088
BNF:CONTAINER APPLICATIONS INTERNATIONAL INC.
ID:000060199991
BNF BK: ID:
PAYMENT DETAILS:
BANK OF AMERICA 100-FEDERAL STREET
BOSTON MA 02110 . INVOICE NO.0682
09
BKCD CRED

## Bank of America
### Container Applications International Inc
### Current Day All Data Summary and Detail with Text Report

| | | | | | |
|---|---|---|---|---|---|
| 47,636.00 | 1011061365 | 061011061365 | 47,636.00 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:101106 TIME:0712 ET
TRN:2006101100061365 SNDR REF:FTTUSD101.360.06
SERVICE REF:133352
RELATED REF:NONE
ORIG:M.HABIBULLAH KHAN KARACHI - PAKISTAN ID:
ORG BK:MEEZAN BANK LTD MBL ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:0108
BNF:CONTAINER APPLICATIONS INTERNATIONAL INC. ID:0060199991
BNF BK: ID:
PAYMENT DETAILS: NONE
.INV.INVOICE NO.068897
.ACC. BANK OF AMERICA 100 FEDERAL S
TREET BOSTON MA 02110 ABA026009593
BKCD CRED

**Bank of America**
Container Applications International Inc
Current Day All Data Summary and Detail with Text Report

| | | | | | |
|---|---|---|---|---|---|
| 64,593.00 | 1204030923 | 061204030923 | 64,593.00 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:120406 TIME:0729 ET
TRN:2006120400030923 SNDR REF:FTT.USD.0101.468
SERVICE REF:035588
RELATED REF:NONE
ORIG:HABIBULLAH KHAN KARACHI - PAKISTAN ID:
ORG BK:MEEZAN BANK LTD  MBL  ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:0108
BNF:CONTAINER APPLICATIONS INTERNATIONAL INC. ID:0060199991
BNF BK: ID:
PAYMENT DETAILS: NONE
BANK OF AMERICA 100-FEDERAL STREET
BOSTON  MA 02110 SWIFT ID.BOFAUS3N
LESS CHARGE - .ACC. INV.NO.70254 BK
CD CRED

| | | | | | |
|---|---|---|---|---|---|
| 920.80 | 1204030924 | 061204030924 | 920.80 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:120406 TIME:0729 ET
TRN:2006120400030924 SNDR REF:FTT.USD.0101.467
SERVICE REF:035591
RELATED REF:NONE
ORIG:HABIBULLAH KHAN KARACHI - PAKISTAN ID:
INS BK: ID:
SND BK:HSBC BANK USA ID:0108
BNF:CONTAINER APPLICATIONS INTERNATIONAL INC. ID:0060199991
BNF BK: ID:
PAYMENT DETAILS: NONE
BANK OF AMERICA 100-FEDERAL STREET
BOSTON  MA 02110 SWIFT ID.BOFAUS3N
LESS CHARGE - .ACC. INV.NO.70255 BK
CD CRED

# Bank of America
## Container Applications International Inc
### Current Day All Data Summary and Detail with Text Report

| | | | | | |
|---|---|---|---|---|---|
| 54,569.25 | 0109052662 | 070109052662 | 54,569.25 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:010907 TIME:0708 ET
TRN:2007010900052662 SNDR REF:2007010900026690
SERVICE REF:20070109B1Q9282C000686
RELATED REF:OT07190701090022
ORIG:FORBES FORBES CAMPBELL CO LTD N O 2 ACCOUNT EBRAHIM
BUILDING KARACHI ID:01106250603
ORG BK:STANDARD CHARTERED BK PAKIST ID:SCBLPKKX
INS BK: ID:
SND BK:STANDARD CHARTERED BANK LIMI ID:026002561
BNF:CONTAINER APPLICATIONS INTERNATIONA ID:00 601 99991
BNF BK: ID:
PAYMENT DETAILS:
OT07190701090022
BENE NAME CONTAINER APPLICATIONS
INTERNATIONAL INC INV NO 70927



**Standard Chartered**

Cash Management Operations

FORBES FORBES CAMPBELL & CO   LTD NO 2 ACCOUNT

LTD NO 2 ACCOUNT

EBRAHIM BUILDING
KARACHI

WEST WHARF ROAD

Outward Payment Customer Advice

Date    :           10/1/2007

Ref. No. :   OT071190701090022

Dear Customer,

We advise having made a payment from your account, details of which are as follows :

| | |
|---|---|
| Related Transaction Ref. | CONTAINER APPLIC |
| Beneficiary Bank | |
| | /FW026009593 |
| | BANK OF AMERICA 100 FEDERAL STREET |
| Beneficiary (A/C No./Name) | 00 601 99991 |
| | CONTAINER APPLICATIONS INTERNATIONA |
| Beneficiary Value Date | 09/01/2007 |
| Details Of Payment | BENE NAME CONTAINER APPLICATIONS INTERNATIONAL INC |
| | INV NO 70927 |
| Remittance Amount | USD   54,599.25 |
| Debit Account No | USD   01106250603 |
| Debit Amount | USD   54,599.25 |
| Charges Amount | USD   1.25 |
| Charges Account No | USD   01106250603 |
| Exchange Rate | 1.00 |
| Account Debit Date | 09/01/2007 |

We thank you for banking with Standard Chartered and are pleased to be of service to you.

It is understood that this remittance is to be effected at the sole risk of the customer and that the Bank shall not be held responsible for any loss consequent upon circumstances arising over which it has no control nor for the solvency of agents employed.

This is a computer generated advice. It requires no signature

# Bank of America
## Container Applications International Inc
### Current Day All Data Summary and Detail with Text Report

| 9,475.20 | 0124107485 | 070124107485 | 9,475.20 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:012407 TIME:1032 ET
TRN:20070124001107485 SNDR REF:024IS03407400000
SERVICE REF:20070124B1Q8984C002787
RELATED REF:
ORIG:HABIBULLAH KHAN  KARACHI - PAKISTAN ID:
ORG BK:MEEZAN BANK LTD  MBL  ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:021001088

BNF:CONTAINER APPLICATIONS INTERNATIONAL INC.
ID:000060199991
BNF BK: ID:
PAYMENT DETAILS:
/INV/70928
BKCD CRED

## Bank of America
### Container Applications International Inc
### Current Day All Data Summary and Detail with Text Report

| | | | | | |
|---|---|---|---|---|---|
| 68,224.80 | 0213099922 | 070213099922 | 68,224.80 | 0.00 | 0.00 |

WIRE TYPE:WIRE IN DATE:021307 TIME:1006 ET
TRN:2007021300099922 SNDR REF:044IS01282800000
SERVICE REF:20070213B1Q8984C002624
RELATED REF:
ORIG:HABIBULLAH KHAN  KARACHI - PAKISTAN ID:
ORG BK:MEEZAN BANK LTD  MBL  ID:000135925
INS BK: ID:
SND BK:HSBC BANK USA ID:021001088
BNF:CONTAINER APPLICATIONS INTERNATIONAL INC.
ID:000060199991

SWIFT- IN / OUT / NACK
Deptt.    Initial:

13/02/07-18:19:43    LocalSwiftAcks-7752-062136

**DUPLICATE**

------- Instance Type and Transmission -------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1806 07/0213MEZNPKKAAXXX3788065916
------- Message Header -------
Swift INPUT : FIN 103 Single Customer Credit Transfer
Sender      : MEZNPKKAXXX
              MEEZAN BANK LIMITED
              KARACHI PK
Receiver    : MRMDUS33XXX
              HSBC BANK USA, N.A.
              NEW YORK,NY US
------- Message Text -------
20: Sender's Reference
    FTTUSD101/65/07
23B: Bank Operation Code
    CRED
32A: Val Dte/Curr/Interbnk Settld Amt
    Date       : 13 February 2007
    Currency   : USD (US DOLLAR)
    Amount     : #68,224.80#
50K: Ordering Customer-Name & Address
    HABIBULLAH KHAN,
    KARACHI - PAKISTAN
52D: Ordering Institution-Name & Addr
    MEEZAN BANK LIMITED
    CUSTOMER SERVICES DEPT,
    PNSC BUILDING BRANCH
    KARACHI, PK
57A: Account With Institution - BIC
    //ABA026009593
    BOFAUS3N
    BANK OF AMERICA, N.A.
    NEW YORK,NY US
59: Beneficiary Customer-Name & Addr
    /0060199991
    CONTAINER APPLICATIONS
    INTERNATIONAL INC.
70: Remittance Information
    /INV/NO.71696,71595
71A: Details of Charges
    OUR
72: Sender to Receiver Information
    /ACC/BANK OF AMERICA,N.A.
    //100 FEDERAL STREET,BOSTON
    //MA 02110
------- Message Trailer -------
{MAC:EC318124}
{CHK:3EE9D3AC1F7D}
------- Interventions -------
Category     : Network Report
Creation Time : 13/02/07 18:18:27
Application  : SWIFT Interface
Operator     : SYSTEM
Text
{1:F21MEZNPKKAAXXX3788065916}{4:{177:0702131806}{451:0}}