276-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY  10005
(ph) (212) 425-1900
(fx)  (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
*Attorneys for Defendant*
*MSC Pakistan (Private) Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAI INTERNATIONAL, INC., <br><br> Plaintiff <br> -versus- <br><br> MEGAFLEET (PRIVATE) LIMITED, et al. <br><br> Defendants | 07-cv-3728 (LLS) <br><br> **ENTRY OF APPEARANCE** |

SIRS:

Please take notice that pursuant to the restricted appearance filed herein by the undersigned on behalf of Defendant MSC Pakistan (Private) Limited, all ECF notices should be send to the undersigned, as well Gina Venezia, both of whom I certify are admitted to practice in this Court.

Dated: New York, New York
       June 25, 2007

                             Respectfully submitted,

                             FREEHILL HOGAN & MAHAR, LLP
                             Attorneys for Defendant
                             MSC Pakistan (Private) Limited

                             _____
                             Peter J. Gutowski (PG 2200)

_____
Gina M. Venezia (GV 1551)
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax

TO:     SHEPPARD MULLIN RICHTER & HAMPTON LLP
         30 Rockefeller Plaza
         Suite 2400
         New York, New York 10112
         Attn: Elizabeth M. Rotenberg-Schwartz