276-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
*Attorneys for Defendant*
*MSC Pakistan (Private) Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAI INTERNATIONAL, INC., <br><br>                    Plaintiff <br> -versus- <br><br> MEGAFLEET (PRIVATE) LIMITED, et al. <br><br>                    Defendants | **07-cv-3728 (LLS)** <br><br> **ENTRY OF APPEARANCE** |

SIRS:

Please take notice that pursuant to the restricted appearance filed herein by the undersigned on behalf of Defendant MSC Pakistan (Private) Limited, all ECF notices should be send to the undersigned, as well Gina Venezia, both of whom I certify are admitted to practice in this Court.

Dated: New York, New York
       June 25, 2007

                                        Respectfully submitted,

                                        FREEHILL HOGAN & MAHAR, LLP
                                        Attorneys for Defendant
                                        MSC Pakistan (Private) Limited

                                        _____
                                        Peter J. Gutowski (PG 2200)

NYDOCS1/285751.1                    1

_/s/ Gina M. Venezia_
Gina M. Venezia (GV 1551)
80 Pine Street
New York, NY 10005
(212) 425-1900 / (212) 425-1901 fax

TO: SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
Attn: Elizabeth M. Rotenberg-Schwartz