UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE

To The Clerk of The Court:
Please docket and place
this document in the public file.

LLS 6/28/07
Louis L. Stanton
U.S.D.J

May 31, 2007

Elizabeth M. Rotenberg-Schwartz, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10112

Re: <u>CAI International, Inc. v. Megafleet (Private) Ltd.</u>, et al., 07 Civ. 3728 (LLS)

Dear Ms. Rotenberg-Schwartz,

Since it does not appear that Mr. Shams-ul-Islam sent you a copy of his May 19, 2007 letter to the Court, as is required, I enclose a copy for you.

At the same time, by copy of this letter to him, I remind Mr. Shams-ul-Islam that he must send you a copy of any communication he sends the Court, and his communication to the Court must show that was done.

Plaintiff is directed to respond to the May 19, 2007 letter on or before Friday, June 22, 2007.

Yours truly,

Louis L. Stanton

Louis L. Stanton
U.S.D.J.

Encl.

Cc:   Khawaja Shams-ul-Islam
      F-4 Unit #7, Mustafa Avenue, Block-9,
      Clifton, Karachi   Pakistan
      (without enclosures)