

### Declaration of M.Habib Ullah Khan

1. I, M.Habib Ullah Khan, am an individual residing in Pakistan. I give this declaration in an individual personal capacity.

2. Pakistani foreign exchange regulations require all payments by Pakistani corporations made to a party outside of Pakistan to comply with the Pakistani Foreign Exchange Manual (2002) (relevant portions attached). Those foreign exchange regulations include a lengthy and cumbersome process to gain permission to send payments outside Pakistan (described below). In my experience, the process takes at least six months or longer. Megafeeder (Private) Limited (Megafeeder), a corporate juristic and legal entity of which I am Chairman, formed under the laws of Pakistan on April 24, 2006, has not yet obtained permission to send payments outside Pakistan.

3. Under the foreign exchange regulations, only agents authorized by the government of Pakistan are allowed to authorize a person or corporation to send payments outside of Pakistan. This is explained in Chapter 10 of the Foreign Exchange Manual. The authorization process requires an application for a permit, duly supported by all the requisite documentation. These application forms are then subjected to a lengthy and rigorous examination on behalf of the State Bank of Pakistan.

4. Megafeeder began receiving containers from CAI beginning fm 21st May, 2006. When Megafeeder received those containers, Megafeeder also received invoices from CAI that had to be paid promptly. Because payments directly from Megafeeder would not be authorized by the State Bank of Pakistan, I chose to make payments to CAI via my personal bank account, and in one case payment was made from the account of Forbes Forbes and Campbell, which is authorized to export currency from Pakistan. The payments made to CAI from my personal account and the payment from the Forbes Forbes and Campbell account are summarized below. These payments were made only because there was no time available to seek permission from the Pakistani State Bank for outward remittances before they began being due.



| Invoice Number | Invoice Date | Invoice To | Period | Invoice Amount $ | Remittance Date | Remitted By |
|---|---|---|---|---|---|---|
| 66857 | 05/31/06 | Megafeeder (Pvt) Ltd | 01.05.06 TO 31.05.06 | 11,919.28 | 08.06.06 | M.Habibullah Khan |
| 67533 | 06/30/06 | Megafeeder (Pvt) Ltd | 01.06.06 TO 30.06.06 | 28,035.20 | 28.07.06 | M.Habibullah Khan |
| 68209 | 07/31/06 | Megafeeder (Pvt) Ltd | 01.07.06 TO 31.07.06 | 53,783.29 | 09.09.06 | M.Habibullah Khan |
| 68897 | 08/31/06 | Megafeeder (Pvt) Ltd | 01.08.06 TO 31.08.06 | 47,636.00 | 09.10.06 | M.Habibullah Khan |
| 69575 | 09/30/06 | Megafeeder (Pvt) Ltd | 01.09.06 TO 30.09.06 | 62,220.00 | 06.07.07 | M.Habibullah Khan |
| 70255 | 10/31/06 | Megafeeder (Pvt) Ltd | 01.10.06 TO 31.10.06 | 940.8 | 02.12.06 | M.Habibullah Khan |
| 70254 | 10/31/06 | Megafeeder (Pvt) Ltd | 01.10.06 TO 31.10.06 | 64,617.00 | 02.12.06 | M.Habibullah Khan |
| 70927 | 11/30/06 | Megafeeder (Pvt) Ltd | 01.11.06 TO 30.11.06 | 54,599.25 | 10.01.07 | Forbes Forbes |
| 70928 | 11/30/06 | Megafeeder (Pvt) Ltd | 01.11.06 TO 30.11.06 | 9,475.20 | 24.01.07 | M.Habibullah Khan |
| 71595 | 12/31/06 | Megafeeder (Pvt) Ltd | 01.12.06 TO 31.12.06 | 56,420.00 | 15.2.07 | M.Habibullah Khan |
| 71596 | 12/31/06 | Megafeeder (Pvt) Ltd | 01.12.06 TO 31.12.06 | 11,804.80 | 15.02.07 | M.Habibullah Khan |
| 72260 | 01/31/07 | Megafeeder (Pvt) Ltd | 01.01.07 TO 31.01.07 | 56,420.00 | 06.07.07 | M.Habibullah Khan |
| 72261 | 01/31/07 | Megafeeder (Pvt) Ltd | 01.01.07 TO 31.01.07 | 11,804.80 | 06.07.07 | M.Habibullah Khan |
| 72940 | 02/28/07 | Megafeeder (Pvt) Ltd | 01.02.07 TO 28.02.07 | 50,960.00 | 06.07.07 | M.Habibullah Khan |
| 72941 | 02/28/07 | Megafeeder (Pvt) Ltd | 01.02.07 TO 28.02.07 | 10,662.40 | 06.07.07 | M.Habibullah Khan |
| 73617 | 03/31/07 | Megafeeder (Pvt) Ltd | 01.03.07 TO 31.03.07 | 56,420.00 | 06.07.07 | M.Habibullah Khan |
| 73618 | 03/31/07 | Megafeeder (Pvt) Ltd | 01.03.07 TO 31.03.07 | 11,804.80 | 06.07.07 | M.Habibullah Khan |
| 74282 | 04/30/07 | Megafeeder (Pvt) Ltd | 01.04.07 TO 30.04.07 | 54,600.00 | 06.07.07 | M.Habibullah Khan |
| 74283 | 04/30/07 | Megafeeder (Pvt) Ltd | 01.04.07 TO 30.04.07 | 11,424.00 | 06.07.07 | M.Habibullah Khan |
| 74958 | 05/31/07 | Megafeeder (Pvt) Ltd | 01.05.07 TO 31.05.07 | 54,322.30 | 06.07.07 | M.Habibullah Khan |
| 74959 | 05/31/07 | Megafeeder (Pvt) Ltd | 01.05.07 TO 31.05.07 | 11,702.00 | 06.07.07 | M.Habibullah Khan |
| | | | TOTAL $ | 731,571.12 | | |

5. I declare under the penalty of perjury under the laws of the United States of America and Pakistan that the foregoing is true and correct.

ATTESTED
PRESENTED FOR ATTESTATION
NOTARY PUBLIC
1 1 JUL 2007
TAJUDDIN QURESHI
ADVOCATE
KARACHI-PAKISTAN

M.Habib Ullah Khan

11 July 2007

-DC/103951.1                                    -2-