

**DEFENDANT'S EXHIBIT B**

276-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
*Attorneys for Defendant*
*MSC Pakistan (Private) Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAI INTERNATIONAL, INC.,<br><br>        Plaintiff<br>v.<br><br>MEGAFLEET (PRIVATE) LIMITED, INSHIPPING (PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED, INSERVEY PAKISTAN (PRIVATE) LIMITED, MEGAIMPEX PAKISTAN (PRIVATE) LIMITED, MEGA IMPEX (PRIVATE) LIMITED, MEGATECH (PRIVATE) LIMITED, MEGATRANS PAKISTAN (PRIVATE) LIMITED, INTRA 21 (PRIVATE) LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED, MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES CAMPBELL & CO (PRIVATE) LIMITED, M-LOG (PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE) LIMITED, FORBES LATHAM (PRIVATE) LIMITED, FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED, FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE) LIMITED, SEALOG (PRIVATE) LIMITED, SEAEXPRESS (PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE) LIMITED, FORBES LOGICOM (PRIVATE) LIMITED, MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT (PRIVATE) LIMITED, FORBES SHIPPING COMPANY (PRIVATE) LIMITED, M. HABIBULLAH KHAN, MEGAFEEDER (PRIVATE) LIMITED,<br><br>        Defendants. | 07-CV-3728 (LLS)<br><br>**DECLARATION OF**<br>**KAMRAN SAEED**<br><br><br><br> |



NYDOCS1/285880.1

I, Kamran Saeed declare and state as follows:

1. I am the Manager of Megafeeder ( Private ) Limited and have been personally involved in coordinating the release and the return of containers to CAI International.

2. The purpose of this Declaration is to provide the Court with information on the status of that return of those containers, as follows.

3. Written authorizations were issued by Megafeeder (Private) Ltd. ("Megafeeder") in June 2007 to all of the depots at which CAI containers were located, confirming authorization for release of the containers back to CAI. The depots to which Megafeeder issued the authorizations are:



*Photo True Copy*

1. RTW Shipping L.L.C
P.O. Box 111428 Dubai
UAE

2. AL Rashed Intl Shpg Co
Kuwait

3. Saudi Maritime Co.,
Pob-2384, Dammam-31451
Saudi Arabia

4. Hormoz Marine
Shipping Agency & Int'l Forwarding Co.
Iran

5. Air Sea & Cargo Maritime (Pvt) Ltd
Colombo.

6. Infinity Line
134A, 1st Floor, Jalan Raja Uda
Pusat Perniagaan RajaUda,
12300 Butterworth, Penang. Malaysia

7. Boxtrans Shipping Agencies Pvt Ltd,
29 N. G. N. Vaidya Marg (Bank Street),
Mumbai, India

8. Saisea Logistics (I) Pvt. Limited
Jnpt / Mumbai
India

9. Bayland Shipping Agency Private Limited.
Plot No. 193, sector 1/a. Gandhidham.
Mundra /Kandla
India

10. Tpx Kpt Gate No 11  Off M.T.Khan Road

Karachi Pakistan.

11. KPT East Wharf/West Wharf/Groyne Kemari Karachi

12. Gandhara Mty Depot  Port  Qasim Karachi.



A true and accurate copy of the release authorization that Megafeeder has issued to these depots is annexed hereto as Exhibit 1.

4.     CAI had requested that such a release order be issued to facilitate its ability to arrange pick-up of its containers.

5.     I have also been in communication with CAI representatives in Pakistan for containers' pick up in Karachi and in Colombo for containers' pickup in all other countries, and have confirmed Megafeeder's willingness to submit a similar release order to any other depot at which CAI believes its containers may be positioned, but based upon my knowledge of the whereabouts of the equipment, all the depots at which the equipment was located have been so notified.

6.     As of the date of the execution of this Declaration, approximately **82 %** of the containers have now been retrieved by CAI, and a list of the containers that have already been picked-up as of the date of this Declaration is annexed hereto as Exhibit 2.

7.  All of the remaining containers are available for pickup (or alternative employment) by CAI.

8.  I am not aware of any CAI containers that have been lost or damaged from the group of containers of CAI, and based upon my review of the records of the depots at which the containers were located, all of those containers have now either been picked up or are awaiting pick-up by CAI at the depots to which the release authorizations mentioned above have been issued, except for 1 container in Colombo and 2 containers in Kuwait, which have been damaged. CAI is aware of these damaged containers.

9.  I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on 11th July, 2007 at Karachi



_____
Kamran Saeed





DEFENDANT'S EXHIBIT B(1)

## To Whom It May Concern

Re:  Containers owned or managed by CAI International, Inc.

*Photo True Copy*

Dear Sir or Madam:



Without conceding that there is any legitimate contractual relationship between Megafeeder (Private) Limited and CAI International, Inc. ("CAI"), successor in interest to Container Applications International, Inc. as assignee of CAI-Interpool, LLC, we have no objections to you releasing to CAI any and all containers in your possession that belong to CAI. We have no claim to any CAI containers.

Very truly yours,
For MEGAFEEDER (PRIVATE) LIMITED

ATTESTED
PRESENTED FOR ATTESTATION
NOTARY PUBLIC
2 9 JUN 2007
TAJUDDIN QURESHI
ADVOCATE
KARACHI-PAKISTAN

1st Floor, Ebrahim Building, West Wharf Road, P.O. Box:6187, Karachi-74000.
P.A.B.X. (92 21) 2314023-9 FAX. (92 21) 2310938 EMAIL: megafeeder@mego-ln.com

DEFENDANT'S EXHIBIT B(2)

EXHIBIT - 2
LIST OF COTNAINERS

| SR.NBR | CONT NBR | TYPE/SZ | PICK UP LOCATION | PICK UP DATE |
|---|---|---|---|---|
| 1 | CAXU3112950 | DC20 | PKKHI | 20070619 |
| 2 | CAXU3128880 | DC20 | PKKHI | 20070619 |
| 3 | CAXU3152253 | DC20 | PKKHI | 20070619 |
| 4 | CAXU3166529 | DC20 | PKKHI | 20070619 |
| 5 | CAXU3167530 | DC20 | PKKHI | 20070619 |
| 6 | CAXU3168500 | DC20 | PKKHI | 20070619 |
| 7 | CAXU3188929 | DC20 | PKKHI | 20070619 |
| 8 | CAXU3240570 | DC20 | PKKHI | 20070619 |
| 9 | CAXU3240591 | DC20 | PKKHI | 20070619 |
| 10 | CAXU3241134 | DC20 | PKKHI | 20070619 |
| 11 | CAXU3244998 | DC20 | PKKHI | 20070619 |
| 12 | CAXU3245166 | DC20 | PKKHI | 20070619 |
| 13 | CAXU3128724 | DC20 | PKKHI | 20070620 |
| 14 | CAXU152295 | DC20 | PKKHI | 20070620 |
| 15 | CAXU3112184 | DC20 | PKKHI | 20070620 |
| 16 | CAXU3112456 | DC20 | PKKHI | 20070620 |
| 17 | CAXU3112712 | DC20 | PKKHI | 20070620 |
| 18 | CAXU3125010 | DC20 | PKKHI | 20070620 |
| 19 | CAXU3125514 | DC20 | PKKHI | 20070620 |
| 20 | CAXU3126465 | DC20 | PKKHI | 20070620 |
| 21 | CAXU3126629 | DC20 | PKKHI | 20070620 |
| 22 | CAXU3126779 | DC20 | PKKHI | 20070620 |
| 23 | CAXU3126953 | DC20 | PKKHI | 20070620 |
| 24 | CAXU3128724 | DC20 | PKKHI | 20070620 |
| 25 | CAXU3131482 | DC20 | PKKHI | 20070620 |
| 26 | CAXU3131923 | DC20 | PKKHI | 20070620 |
| 27 | CAXU3131939 | DC20 | PKKHI | 20070620 |
| 28 | CAXU3148103 | DC20 | PKKHI | 20070620 |
| 29 | CAXU3148607 | DC20 | PKKHI | 20070620 |
| 30 | CAXU3148931 | DC20 | PKKHI | 20070620 |
| 31 | CAXU3150332 | DC20 | PKKHI | 20070620 |
| 32 | CAXU3151175 | DC20 | PKKHI | 20070620 |
| 33 | CAXU3151494 | DC20 | PKKHI | 20070620 |
| 34 | CAXU3152171 | DC20 | PKKHI | 20070620 |
| 35 | CAXU3152192 | DC20 | PKKHI | 20070620 |
| 36 | CAXU3152551 | DC20 | PKKHI | 20070620 |
| 37 | CAXU3152572 | DC20 | PKKHI | 20070620 |
| 38 | CAXU3152649 | DC20 | PKKHI | 20070620 |
| 39 | CAXU3152720 | DC20 | PKKHI | 20070620 |
| 40 | CAXU3163772 | DC20 | PKKHI | 20070620 |
| 41 | CAXU3163793 | DC20 | PKKHI | 20070620 |
| 42 | CAXU3164640 | DC20 | PKKHI | 20070620 |
| 43 | CAXU3165076 | DC20 | PKKHI | 20070620 |
| 44 | CAXU3166719 | DC20 | PKKHI | 20070620 |
| 45 | CAXU3167551 | DC20 | PKKHI | 20070620 |
| 46 | CAXU3167567 | DC20 | PKKHI | 20070620 |
| 47 | CAXU3167572 | DC20 | PKKHI | 20070620 |
| 48 | CAXU3167823 | DC20 | PKKHI | 20070620 |
| 49 | CAXU3167850 | DC20 | PKKHI | 20070620 |
| 50 | CAXU3167865 | DC20 | PKKHI | 20070620 |
| 51 | CAXU3167994 | DC20 | PKKHI | 20070620 |
| 52 | CAXU3168028 | DC20 | PKKHI | 20070620 |
| 53 | CAXU3168049 | DC20 | PKKHI | 20070620 |

| | | | | |
|---|---|---|---|---|
| 54 | CAXU3168141 | DC20 | PKKHI | 20070620 |
| 55 | CAXU3168157 | DC20 | PKKHI | 20070620 |
| 56 | CAXU3168218 | DC20 | PKKHI | 20070620 |
| 57 | CAXU3168223 | DC20 | PKKHI | 20070620 |
| 58 | CAXU3168352 | DC20 | PKKHI | 20070620 |
| 59 | CAXU3168368 | DC20 | PKKHI | 20070620 |
| 60 | CAXU3168373 | DC20 | PKKHI | 20070620 |
| 61 | CAXU3168389 | DC20 | PKKHI | 20070620 |
| 62 | CAXU3168394 | DC20 | PKKHI | 20070620 |
| 63 | CAXU3168408 | DC20 | PKKHI | 20070620 |
| 64 | CAXU3168481 | DC20 | PKKHI | 20070620 |
| 65 | CAXU3188615 | DC20 | PKKHI | 20070620 |
| 66 | CAXU3188620 | DC20 | PKKHI | 20070620 |
| 67 | CAXU3188894 | DC20 | PKKHI | 20070620 |
| 68 | CAXU3188908 | DC20 | PKKHI | 20070620 |
| 69 | CAXU3188913 | DC20 | PKKHI | 20070620 |
| 70 | CAXU3188976 | DC20 | PKKHI | 20070620 |
| 71 | CAXU3189083 | DC20 | PKKHI | 20070620 |
| 72 | CAXU3189099 | DC20 | PKKHI | 20070620 |
| 73 | CAXU3189165 | DC20 | PKKHI | 20070620 |
| 74 | CAXU3189170 | DC20 | PKKHI | 20070620 |
| 75 | CAXU3189191 | DC20 | PKKHI | 20070620 |
| 76 | CAXU3189226 | DC20 | PKKHI | 20070620 |
| 77 | CAXU3189252 | DC20 | PKKHI | 20070620 |
| 78 | CAXU3240523 | DC20 | PKKHI | 20070620 |
| 79 | CAXU3240539 | DC20 | PKKHI | 20070620 |
| 80 | CAXU3240544 | DC20 | PKKHI | 20070620 |
| 81 | CAXU3240550 | DC20 | PKKHI | 20070620 |
| 82 | CAXU3240565 | DC20 | PKKHI | 20070620 |
| 83 | CAXU3240626 | DC20 | PKKHI | 20070620 |
| 84 | CAXU3240797 | DC20 | PKKHI | 20070620 |
| 85 | CAXU3240919 | DC20 | PKKHI | 20070620 |
| 86 | CAXU3240945 | DC20 | PKKHI | 20070620 |
| 87 | CAXU3240971 | DC20 | PKKHI | 20070620 |
| 88 | CAXU3241005 | DC20 | PKKHI | 20070620 |
| 89 | CAXU3241094 | DC20 | PKKHI | 20070620 |
| 90 | CAXU3241176 | DC20 | PKKHI | 20070620 |
| 91 | CAXU3241181 | DC20 | PKKHI | 20070620 |
| 92 | CAXU3241258 | DC20 | PKKHI | 20070620 |
| 93 | CAXU3241263 | DC20 | PKKHI | 20070620 |
| 94 | CAXU3241324 | DC20 | PKKHI | 20070620 |
| 95 | CAXU3241345 | DC20 | PKKHI | 20070620 |
| 96 | CAXU3241387 | DC20 | PKKHI | 20070620 |
| 97 | CAXU3241392 | DC20 | PKKHI | 20070620 |
| 98 | CAXU3241448 | DC20 | PKKHI | 20070620 |
| 99 | CAXU3241469 | DC20 | PKKHI | 20070620 |
| 100 | CAXU3241474 | DC20 | PKKHI | 20070620 |
| 101 | CAXU3241577 | DC20 | PKKHI | 20070620 |
| 102 | CAXU3241617 | DC20 | PKKHI | 20070620 |
| 103 | CAXU3241704 | DC20 | PKKHI | 20070620 |
| 104 | CAXU3241710 | DC20 | PKKHI | 20070620 |
| 105 | CAXU3241725 | DC20 | PKKHI | 20070620 |
| 106 | CAXU3241730 | DC20 | PKKHI | 20070620 |
| 107 | CAXU3241788 | DC20 | PKKHI | 20070620 |
| 108 | CAXU3241793 | DC20 | PKKHI | 20070620 |
| 109 | CAXU3241849 | DC20 | PKKHI | 20070620 |

| 110 | CAXU3242090 | DC20 | PKKHI | 20070620 |
|---|---|---|---|---|
| 111 | CAXU3242125 | DC20 | PKKHI | 20070620 |
| 112 | CAXU3242151 | DC20 | PKKHI | 20070620 |
| 113 | CAXU3242573 | DC20 | PKKHI | 20070620 |
| 114 | CAXU3242742 | DC20 | PKKHI | 20070620 |
| 115 | CAXU3242790 | DC20 | PKKHI | 20070620 |
| 116 | CAXU3242819 | DC20 | PKKHI | 20070620 |
| 117 | CAXU3242892 | DC20 | PKKHI | 20070620 |
| 118 | CAXU3242911 | DC20 | PKKHI | 20070620 |
| 119 | CAXU3242932 | DC20 | PKKHI | 20070620 |
| 120 | CAXU3242953 | DC20 | PKKHI | 20070620 |
| 121 | CAXU3242980 | DC20 | PKKHI | 20070620 |
| 122 | CAXU3243081 | DC20 | PKKHI | 20070620 |
| 123 | CAXU3243137 | DC20 | PKKHI | 20070620 |
| 124 | CAXU3243142 | DC20 | PKKHI | 20070620 |
| 125 | CAXU3243158 | DC20 | PKKHI | 20070620 |
| 126 | CAXU3243184 | DC20 | PKKHI | 20070620 |
| 127 | CAXU3243190 | DC20 | PKKHI | 20070620 |
| 128 | CAXU3243224 | DC20 | PKKHI | 20070620 |
| 129 | CAXU3243266 | DC20 | PKKHI | 20070620 |
| 130 | CAXU3243271 | DC20 | PKKHI | 20070620 |
| 131 | CAXU3243292 | DC20 | PKKHI | 20070620 |
| 132 | CAXU3243327 | DC20 | PKKHI | 20070620 |
| 133 | CAXU3243369 | DC20 | PKKHI | 20070620 |
| 134 | CAXU3243435 | DC20 | PKKHI | 20070620 |
| 135 | CAXU3243440 | DC20 | PKKHI | 20070620 |
| 136 | CAXU3243477 | DC20 | PKKHI | 20070620 |
| 137 | CAXU3243498 | DC20 | PKKHI | 20070620 |
| 138 | CAXU3243672 | DC20 | PKKHI | 20070620 |
| 139 | CAXU3243754 | DC20 | PKKHI | 20070620 |
| 140 | CAXU3243820 | DC20 | PKKHI | 20070620 |
| 141 | CAXU3243991 | DC20 | PKKHI | 20070620 |
| 142 | CAXU3244447 | DC20 | PKKHI | 20070620 |
| 143 | CAXU3244750 | DC20 | PKKHI | 20070620 |
| 144 | CAXU3244787 | DC20 | PKKHI | 20070620 |
| 145 | CAXU3244920 | DC20 | PKKHI | 20070620 |
| 146 | CAXU3245000 | DC20 | PKKHI | 20070620 |
| 147 | CAXU3245037 | DC20 | PKKHI | 20070620 |
| 148 | CAXU3245063 | DC20 | PKKHI | 20070620 |
| 149 | CAXU3245090 | DC20 | PKKHI | 20070620 |
| 150 | CAXU3245103 | DC20 | PKKHI | 20070620 |
| 151 | CAXU3245119 | DC20 | PKKHI | 20070620 |
| 152 | CAXU3245171 | DC20 | PKKHI | 20070620 |
| 153 | CAXU3245232 | DC20 | PKKHI | 20070620 |
| 154 | CAXU3245295 | DC20 | PKKHI | 20070620 |
| 155 | CAXU3245417 | DC20 | PKKHI | 20070620 |
| 156 | CAXU3245438 | DC20 | PKKHI | 20070620 |
| 157 | CAXU3245443 | DC20 | PKKHI | 20070620 |
| 158 | CAXU3245459 | DC20 | PKKHI | 20070620 |
| 159 | CAXU3245490 | DC20 | PKKHI | 20070620 |
| 160 | CAXU3504014 | OT20 | PKKHI | 20070620 |
| 161 | CAXU3504082 | OT20 | PKKHI | 20070620 |
| 162 | CAXU3504101 | OT20 | PKKHI | 20070620 |
| 163 | CAXU3504117 | OT20 | PKKHI | 20070620 |
| 164 | CAXU3504246 | OT20 | PKKHI | 20070620 |
| 165 | CAXU3504267 | OT20 | PKKHI | 20070620 |

| | | | | |
|---|---|---|---|---|
| 166 | CAXU3504354 | OT20 | PKKHI | 20070620 |
| 167 | CAXU3504400 | OT20 | PKKHI | 20070620 |
| 168 | CAXU3504478 | OT20 | PKKHI | 20070620 |
| 169 | CAXU3504539 | OT20 | PKKHI | 20070620 |
| 170 | CAXU3504565 | OT20 | PKKHI | 20070620 |
| 171 | CAXU3504647 | OT20 | PKKHI | 20070620 |
| 172 | CAXU3504689 | OT20 | PKKHI | 20070620 |
| 173 | CAXU3504755 | OT20 | PKKHI | 20070620 |
| 174 | CAXU3504821 | OT20 | PKKHI | 20070620 |
| 175 | CAXU3504930 | OT20 | PKKHI | 20070620 |
| 176 | CAXU3504950 | OT20 | PKKHI | 20070620 |
| 177 | CAXU6993310 | DC20 | PKKHI | 20070620 |
| 178 | CAXU6993367 | DC20 | PKKHI | 20070620 |
| 179 | CAXU6993752 | DC20 | PKKHI | 20070620 |
| 180 | CAXU3128771 | DC20 | PKKHI | 20070621 |
| 181 | CAXU3130001 | DC20 | PKKHI | 20070621 |
| 182 | CAXU3131184 | DC20 | PKKHI | 20070621 |
| 183 | CAXU3132004 | DC20 | PKKHI | 20070621 |
| 184 | CAXU3132025 | DC20 | PKKHI | 20070621 |
| 185 | CAXU3132616 | DC20 | PKKHI | 20070621 |
| 186 | CAXU3148037 | DC20 | PKKHI | 20070621 |
| 187 | CAXU3148130 | DC20 | PKKHI | 20070621 |
| 188 | CAXU3148171 | DC20 | PKKHI | 20070621 |
| 189 | CAXU3148248 | DC20 | PKKHI | 20070621 |
| 190 | CAXU3148490 | DC20 | PKKHI | 20070621 |
| 191 | CAXU3148660 | DC20 | PKKHI | 20070621 |
| 192 | CAXU3149666 | DC20 | PKKHI | 20070621 |
| 193 | CAXU3149769 | DC20 | PKKHI | 20070621 |
| 194 | CAXU3149820 | DC20 | PKKHI | 20070621 |
| 195 | CAXU3149985 | DC20 | PKKHI | 20070621 |
| 196 | CAXU3150121 | DC20 | PKKHI | 20070621 |
| 197 | CAXU3150538 | DC20 | PKKHI | 20070621 |
| 198 | CAXU3150646 | DC20 | PKKHI | 20070621 |
| 199 | CAXU3150712 | DC20 | PKKHI | 20070621 |
| 200 | CAXU3150965 | DC20 | PKKHI | 20070621 |
| 201 | CAXU3151410 | DC20 | PKKHI | 20070621 |
| 202 | CAXU3151576 | DC20 | PKKHI | 20070621 |
| 203 | CAXU3151961 | DC20 | PKKHI | 20070621 |
| 204 | CAXU3152335 | DC20 | PKKHI | 20070621 |
| 205 | CAXU3152844 | DC20 | PKKHI | 20070621 |
| 206 | CAXU3163561 | DC20 | PKKHI | 20070621 |
| 207 | CAXU3163788 | DC20 | PKKHI | 20070621 |
| 208 | CAXU3163833 | DC20 | PKKHI | 20070621 |
| 209 | CAXU3164070 | DC20 | PKKHI | 20070621 |
| 210 | CAXU3164932 | DC20 | PKKHI | 20070621 |
| 211 | CAXU3164980 | DC20 | PKKHI | 20070621 |
| 212 | CAXU3166534 | DC20 | PKKHI | 20070621 |
| 213 | CAXU3167720 | DC20 | PKKHI | 20070621 |
| 214 | CAXU3168136 | DC20 | PKKHI | 20070621 |
| 215 | CAXU3168239 | DC20 | PKKHI | 20070621 |
| 216 | CAXU3168413 | DC20 | PKKHI | 20070621 |
| 217 | CAXU3188512 | DC20 | PKKHI | 20070621 |
| 218 | CAXU3188702 | DC20 | PKKHI | 20070621 |
| 219 | CAXU3189123 | DC20 | PKKHI | 20070621 |
| 220 | CAXU3189139 | DC20 | PKKHI | 20070621 |
| 221 | CAXU3189247 | DC20 | PKKHI | 20070621 |

| | | | | |
|---|---|---|---|---|
| 222 | CAXU3189437 | DC20 | PKKHI | 20070621 |
| 223 | CAXU3240586 | DC20 | PKKHI | 20070621 |
| 224 | CAXU3241129 | DC20 | PKKHI | 20070621 |
| 225 | CAXU3241751 | DC20 | PKKHI | 20070621 |
| 226 | CAXU3242681 | DC20 | PKKHI | 20070621 |
| 227 | CAXU3242803 | DC20 | PKKHI | 20070621 |
| 228 | CAXU3243060 | DC20 | PKKHI | 20070621 |
| 229 | CAXU3243306 | DC20 | PKKHI | 20070621 |
| 230 | CAXU3243395 | DC20 | PKKHI | 20070621 |
| 231 | CAXU3243409 | DC20 | PKKHI | 20070621 |
| 232 | CAXU3243501 | DC20 | PKKHI | 20070621 |
| 233 | CAXU3243517 | DC20 | PKKHI | 20070621 |
| 234 | CAXU3243559 | DC20 | PKKHI | 20070621 |
| 235 | CAXU3243625 | DC20 | PKKHI | 20070621 |
| 236 | CAXU3243693 | DC20 | PKKHI | 20070621 |
| 237 | CAXU3243707 | DC20 | PKKHI | 20070621 |
| 238 | CAXU3243878 | DC20 | PKKHI | 20070621 |
| 239 | CAXU3243902 | DC20 | PKKHI | 20070621 |
| 240 | CAXU3244072 | DC20 | PKKHI | 20070621 |
| 241 | CAXU3244806 | DC20 | PKKHI | 20070621 |
| 242 | CAXU3244895 | DC20 | PKKHI | 20070621 |
| 243 | CAXU3244914 | DC20 | PKKHI | 20070621 |
| 244 | CAXU3245016 | DC20 | PKKHI | 20070621 |
| 245 | CAXU3245042 | DC20 | PKKHI | 20070621 |
| 246 | CAXU3245084 | DC20 | PKKHI | 20070621 |
| 247 | CAXU3245192 | DC20 | PKKHI | 20070621 |
| 248 | CAXU3245422 | DC20 | PKKHI | 20070621 |
| 249 | CAXU3245464 | DC20 | PKKHI | 20070621 |
| 250 | CAXU3504210 | OT20 | AEJEA | 20070621 |
| 251 | CAXU3504312 | OT20 | AEJEA | 20070621 |
| 252 | CAXU3504333 | OT20 | AEJEA | 20070621 |
| 253 | CAXU3504550 | OT20 | AEJEA | 20070621 |
| 254 | CAXU3504570 | OT20 | AEJEA | 20070621 |
| 255 | CAXU3504673 | OT20 | AEJEA | 20070621 |
| 256 | CAXU3504800 | OT20 | AEJEA | 20070621 |
| 257 | CAXU3505052 | OT20 | AEJEA | 20070621 |
| 258 | CAXU3505197 | OT20 | AEJEA | 20070621 |
| 259 | CAXU3505221 | OT20 | AEJEA | 20070621 |
| 260 | CAXU3505279 | OT20 | AEJEA | 20070621 |
| 261 | CAXU3505284 | OT20 | AEJEA | 20070621 |
| 262 | CAXU3505303 | OT20 | AEJEA | 20070621 |
| 263 | CAXU3505350 | OT20 | AEJEA | 20070621 |
| 264 | CAXU3505366 | OT20 | AEJEA | 20070621 |
| 265 | CAXU3505371 | OT20 | AEJEA | 20070621 |
| 266 | CAXU3505411 | OT20 | AEJEA | 20070621 |
| 267 | CAXU3505540 | OT20 | AEJEA | 20070621 |
| 268 | CAXU3505617 | OT20 | AEJEA | 20070621 |
| 269 | CAXU3505704 | OT20 | AEJEA | 20070621 |
| 270 | CAXU3505788 | OT20 | AEJEA | 20070621 |
| 271 | CAXU3505793 | OT20 | AEJEA | 20070621 |
| 272 | CAXU3505875 | OT20 | AEJEA | 20070621 |
| 273 | CAXU3505880 | OT20 | AEJEA | 20070621 |
| 274 | CAXU3505900 | OT20 | AEJEA | 20070621 |
| 275 | CAXU3505920 | OT20 | AEJEA | 20070621 |
| 276 | CAXU3505983 | OT20 | AEJEA | 20070621 |
| 277 | CAXU3506038 | OT20 | AEJEA | 20070621 |

| # | Container | Type | Location | Date |
|---|---|---|---|---|
| 278 | CAXU3506059 | OT20 | AEJEA | 20070621 |
| 279 | CAXU3506064 | OT20 | AEJEA | 20070621 |
| 280 | CAXU3506070 | OT20 | AEJEA | 20070621 |
| 281 | CAXU3506212 | OT20 | AEJEA | 20070621 |
| 282 | CAXU3506233 | OT20 | AEJEA | 20070621 |
| 283 | CAXU3506254 | OT20 | AEJEA | 20070621 |
| 284 | CAXU3506275 | OT20 | AEJEA | 20070621 |
| 285 | CAXU3506315 | OT20 | AEJEA | 20070621 |
| 286 | CAXU3506357 | OT20 | AEJEA | 20070621 |
| 287 | CAXU6993407 | DC20 | PKKHI | 20070621 |
| 288 | CAXU3112179 | DC20 | PKKHI | 20070622 |
| 289 | CAXU3112306 | DC20 | PKKHI | 20070622 |
| 290 | CAXU3112461 | DC20 | PKKHI | 20070622 |
| 291 | CAXU3112651 | DC20 | PKKHI | 20070622 |
| 292 | CAXU3112775 | DC20 | PKKHI | 20070622 |
| 293 | CAXU3112796 | DC20 | PKKHI | 20070622 |
| 294 | CAXU3113262 | DC20 | PKKHI | 20070622 |
| 295 | CAXU3113350 | DC20 | PKKHI | 20070622 |
| 296 | CAXU3126510 | DC20 | PKKHI | 20070622 |
| 297 | CAXU3126568 | DC20 | PKKHI | 20070622 |
| 298 | CAXU3126640 | DC20 | PKKHI | 20070622 |
| 299 | CAXU3126676 | DC20 | PKKHI | 20070622 |
| 300 | CAXU3126784 | DC20 | PKKHI | 20070622 |
| 301 | CAXU3126830 | DC20 | PKKHI | 20070622 |
| 302 | CAXU3126974 | DC20 | PKKHI | 20070622 |
| 303 | CAXU3127034 | DC20 | PKKHI | 20070622 |
| 304 | CAXU3127287 | DC20 | PKKHI | 20070622 |
| 305 | CAXU3127749 | DC20 | PKKHI | 20070622 |
| 306 | CAXU3128658 | DC20 | PKKHI | 20070622 |
| 307 | CAXU3128719 | DC20 | PKKHI | 20070622 |
| 308 | CAXU3128806 | DC20 | INMUM | 20070622 |
| 309 | CAXU3128848 | DC20 | PKKHI | 20070622 |
| 310 | CAXU3128874 | DC20 | PKKHI | 20070622 |
| 311 | CAXU3128961 | DC20 | PKKHI | 20070622 |
| 312 | CAXU3129905 | DC20 | PKKHI | 20070622 |
| 313 | CAXU3129910 | DC20 | PKKHI | 20070622 |
| 314 | CAXU3129952 | DC20 | PKKHI | 20070622 |
| 315 | CAXU3129973 | DC20 | PKKHI | 20070622 |
| 316 | CAXU3130038 | DC20 | PKKHI | 20070622 |
| 317 | CAXU3130090 | DC20 | PKKHI | 20070622 |
| 318 | CAXU3130450 | DC20 | PKKHI | 20070622 |
| 319 | CAXU3131461 | DC20 | PKKHI | 20070622 |
| 320 | CAXU3131538 | DC20 | PKKHI | 20070622 |
| 321 | CAXU3131944 | DC20 | PKKHI | 20070622 |
| 322 | CAXU3132323 | DC20 | PKKHI | 20070622 |
| 323 | CAXU3132350 | DC20 | PKKHI | 20070622 |
| 324 | CAXU3132597 | DC20 | PKKHI | 20070622 |
| 325 | CAXU3132719 | DC20 | PKKHI | 20070622 |
| 326 | CAXU3132827 | DC20 | PKKHI | 20070622 |
| 327 | CAXU3132853 | DC20 | PKKHI | 20070622 |
| 328 | CAXU3132935 | DC20 | PKKHI | 20070622 |
| 329 | CAXU3148382 | DC20 | PKKHI | 20070622 |
| 330 | CAXU3148438 | DC20 | PKKHI | 20070622 |
| 331 | CAXU3148459 | DC20 | PKKHI | 20070622 |
| 332 | CAXU3148633 | DC20 | PKKHI | 20070622 |
| 333 | CAXU3148675 | DC20 | PKKHI | 20070622 |

| 334 | CAXU3148680 | DC20 | PKKHI | 20070622 |
|---|---|---|---|---|
| 335 | CAXU3148783 | DC20 | PKKHI | 20070622 |
| 336 | CAXU3148799 | DC20 | PKKHI | 20070622 |
| 337 | CAXU3148870 | DC20 | PKKHI | 20070622 |
| 338 | CAXU3148886 | DC20 | PKKHI | 20070622 |
| 339 | CAXU3148891 | DC20 | PKKHI | 20070622 |
| 340 | CAXU3148905 | DC20 | PKKHI | 20070622 |
| 341 | CAXU3148968 | DC20 | PKKHI | 20070622 |
| 342 | CAXU3149049 | DC20 | PKKHI | 20070622 |
| 343 | CAXU3149100 | DC20 | PKKHI | 20070622 |
| 344 | CAXU3149115 | DC20 | PKKHI | 20070622 |
| 345 | CAXU3149270 | DC20 | PKKHI | 20070622 |
| 346 | CAXU3149326 | DC20 | PKKHI | 20070622 |
| 347 | CAXU3149331 | DC20 | PKKHI | 20070622 |
| 348 | CAXU3149347 | DC20 | PKKHI | 20070622 |
| 349 | CAXU3149389 | DC20 | PKKHI | 20070622 |
| 350 | CAXU3149429 | DC20 | PKKHI | 20070622 |
| 351 | CAXU3149455 | DC20 | PKKHI | 20070622 |
| 352 | CAXU3149460 | DC20 | PKKHI | 20070622 |
| 353 | CAXU3149481 | DC20 | PKKHI | 20070622 |
| 354 | CAXU3149542 | DC20 | PKKHI | 20070622 |
| 355 | CAXU3149584 | DC20 | PKKHI | 20070622 |
| 356 | CAXU3149645 | DC20 | PKKHI | 20070622 |
| 357 | CAXU3149671 | DC20 | PKKHI | 20070622 |
| 358 | CAXU3149732 | DC20 | PKKHI | 20070622 |
| 359 | CAXU3149748 | DC20 | PKKHI | 20070622 |
| 360 | CAXU3149814 | DC20 | PKKHI | 20070622 |
| 361 | CAXU3149840 | DC20 | PKKHI | 20070622 |
| 362 | CAXU3149898 | DC20 | PKKHI | 20070622 |
| 363 | CAXU3149901 | DC20 | PKKHI | 20070622 |
| 364 | CAXU3150190 | DC20 | PKKHI | 20070622 |
| 365 | CAXU3150219 | DC20 | PKKHI | 20070622 |
| 366 | CAXU3150250 | DC20 | PKKHI | 20070622 |
| 367 | CAXU3150348 | DC20 | PKKHI | 20070622 |
| 368 | CAXU3150395 | DC20 | PKKHI | 20070622 |
| 369 | CAXU3150482 | DC20 | PKKHI | 20070622 |
| 370 | CAXU3150733 | DC20 | PKKHI | 20070622 |
| 371 | CAXU3150760 | DC20 | PKKHI | 20070622 |
| 372 | CAXU3150780 | DC20 | PKKHI | 20070622 |
| 373 | CAXU3150820 | DC20 | PKKHI | 20070622 |
| 374 | CAXU3150970 | DC20 | PKKHI | 20070622 |
| 375 | CAXU3150986 | DC20 | PKKHI | 20070622 |
| 376 | CAXU3151004 | DC20 | PKKHI | 20070622 |
| 377 | CAXU3151030 | DC20 | PKKHI | 20070622 |
| 378 | CAXU3151107 | DC20 | PKKHI | 20070622 |
| 379 | CAXU3151302 | DC20 | PKKHI | 20070622 |
| 380 | CAXU3151323 | DC20 | PKKHI | 20070622 |
| 381 | CAXU3151447 | DC20 | PKKHI | 20070622 |
| 382 | CAXU3151468 | DC20 | PKKHI | 20070622 |
| 383 | CAXU3151508 | DC20 | PKKHI | 20070622 |
| 384 | CAXU3151621 | DC20 | PKKHI | 20070622 |
| 385 | CAXU3151745 | DC20 | PKKHI | 20070622 |
| 386 | CAXU3151750 | DC20 | PKKHI | 20070622 |
| 387 | CAXU3151771 | DC20 | PKKHI | 20070622 |
| 388 | CAXU3151935 | DC20 | PKKHI | 20070622 |
| 389 | CAXU3152042 | DC20 | PKKHI | 20070622 |

| | | | | |
|---|---|---|---|---|
| 390 | CAXU3152079 | DC20 | PKKHI | 20070622 |
| 391 | CAXU3152232 | DC20 | PKKHI | 20070622 |
| 392 | CAXU3152314 | DC20 | PKKHI | 20070622 |
| 393 | CAXU3152417 | DC20 | PKKHI | 20070622 |
| 394 | CAXU3152470 | DC20 | PKKHI | 20070622 |
| 395 | CAXU3152525 | DC20 | PKKHI | 20070622 |
| 396 | CAXU3152607 | DC20 | PKKHI | 20070622 |
| 397 | CAXU3152660 | DC20 | PKKHI | 20070622 |
| 398 | CAXU3163638 | DC20 | PKKHI | 20070622 |
| 399 | CAXU3163664 | DC20 | PKKHI | 20070622 |
| 400 | CAXU3163704 | DC20 | PKKHI | 20070622 |
| 401 | CAXU3163710 | DC20 | PKKHI | 20070622 |
| 402 | CAXU3163746 | DC20 | PKKHI | 20070622 |
| 403 | CAXU3163767 | DC20 | PKKHI | 20070622 |
| 404 | CAXU3163900 | DC20 | PKKHI | 20070622 |
| 405 | CAXU3163978 | DC20 | PKKHI | 20070622 |
| 406 | CAXU3164233 | DC20 | PKKHI | 20070622 |
| 407 | CAXU3164357 | DC20 | PKKHI | 20070622 |
| 408 | CAXU3164402 | DC20 | PKKHI | 20070622 |
| 409 | CAXU3164418 | DC20 | PKKHI | 20070622 |
| 410 | CAXU3164439 | DC20 | PKKHI | 20070622 |
| 411 | CAXU3164450 | DC20 | PKKHI | 20070622 |
| 412 | CAXU3164486 | DC20 | PKKHI | 20070622 |
| 413 | CAXU3164568 | DC20 | PKKHI | 20070622 |
| 414 | CAXU3164594 | DC20 | PKKHI | 20070622 |
| 415 | CAXU3164629 | DC20 | PKKHI | 20070622 |
| 416 | CAXU3164700 | DC20 | PKKHI | 20070622 |
| 417 | CAXU3164737 | DC20 | PKKHI | 20070622 |
| 418 | CAXU3164784 | DC20 | PKKHI | 20070622 |
| 419 | CAXU3164969 | DC20 | PKKHI | 20070622 |
| 420 | CAXU3165137 | DC20 | PKKHI | 20070622 |
| 421 | CAXU3165179 | DC20 | PKKHI | 20070622 |
| 422 | CAXU3166853 | DC20 | PKKHI | 20070622 |
| 423 | CAXU3167525 | DC20 | PKKHI | 20070622 |
| 424 | CAXU3167593 | DC20 | PKKHI | 20070622 |
| 425 | CAXU3167715 | DC20 | PKKHI | 20070622 |
| 426 | CAXU3167762 | DC20 | PKKHI | 20070622 |
| 427 | CAXU3167778 | DC20 | PKKHI | 20070622 |
| 428 | CAXU3168007 | DC20 | PKKHI | 20070622 |
| 429 | CAXU3168075 | DC20 | PKKHI | 20070622 |
| 430 | CAXU3168244 | DC20 | PKKHI | 20070622 |
| 431 | CAXU3168331 | DC20 | PKKHI | 20070622 |
| 432 | CAXU3188560 | DC20 | PKKHI | 20070622 |
| 433 | CAXU3188575 | DC20 | PKKHI | 20070622 |
| 434 | CAXU3188596 | DC20 | PKKHI | 20070622 |
| 435 | CAXU3188636 | DC20 | PKKHI | 20070622 |
| 436 | CAXU3188641 | DC20 | PKKHI | 20070622 |
| 437 | CAXU3188934 | DC20 | PKKHI | 20070622 |
| 438 | CAXU3188981 | DC20 | PKKHI | 20070622 |
| 439 | CAXU3188997 | DC20 | PKKHI | 20070622 |
| 440 | CAXU3189036 | DC20 | PKKHI | 20070622 |
| 441 | CAXU3189057 | DC20 | PKKHI | 20070622 |
| 442 | CAXU3189400 | DC20 | PKKHI | 20070622 |
| 443 | CAXU3240518 | DC20 | PKKHI | 20070622 |
| 444 | CAXU3240605 | DC20 | PKKHI | 20070622 |
| 445 | CAXU3240708 | DC20 | PKKHI | 20070622 |

| | | | | |
|---|---|---|---|---|
| 446 | CAXU3240734 | DC20 | PKKHI | 20070622 |
| 447 | CAXU3240858 | DC20 | PKKHI | 20070622 |
| 448 | CAXU3241068 | DC20 | PKKHI | 20070622 |
| 449 | CAXU3241113 | DC20 | PKKHI | 20070622 |
| 450 | CAXU3241160 | DC20 | PKKHI | 20070622 |
| 451 | CAXU3241221 | DC20 | PKKHI | 20070622 |
| 452 | CAXU3241406 | DC20 | PKKHI | 20070622 |
| 453 | CAXU3241411 | DC20 | PKKHI | 20070622 |
| 454 | CAXU3241432 | DC20 | PKKHI | 20070622 |
| 455 | CAXU3241514 | DC20 | PKKHI | 20070622 |
| 456 | CAXU3241643 | DC20 | PKKHI | 20070622 |
| 457 | CAXU3241659 | DC20 | PKKHI | 20070622 |
| 458 | CAXU3241812 | DC20 | PKKHI | 20070622 |
| 459 | CAXU3241978 | DC20 | PKKHI | 20070622 |
| 460 | CAXU3242001 | DC20 | PKKHI | 20070622 |
| 461 | CAXU3242017 | DC20 | PKKHI | 20070622 |
| 462 | CAXU3242320 | DC20 | PKKHI | 20070622 |
| 463 | CAXU3242640 | DC20 | PKKHI | 20070622 |
| 464 | CAXU3242721 | DC20 | PKKHI | 20070622 |
| 465 | CAXU3242887 | DC20 | PKKHI | 20070622 |
| 466 | CAXU3243097 | DC20 | PKKHI | 20070622 |
| 467 | CAXU3243230 | DC20 | PKKHI | 20070622 |
| 468 | CAXU3243245 | DC20 | PKKHI | 20070622 |
| 469 | CAXU3243374 | DC20 | PKKHI | 20070622 |
| 470 | CAXU3243482 | DC20 | PKKHI | 20070622 |
| 471 | CAXU3243564 | DC20 | PKKHI | 20070622 |
| 472 | CAXU3243590 | DC20 | PKKHI | 20070622 |
| 473 | CAXU3243667 | DC20 | PKKHI | 20070622 |
| 474 | CAXU3243688 | DC20 | PKKHI | 20070622 |
| 475 | CAXU3243728 | DC20 | PKKHI | 20070622 |
| 476 | CAXU3243760 | DC20 | PKKHI | 20070622 |
| 477 | CAXU3243857 | DC20 | PKKHI | 20070622 |
| 478 | CAXU3244004 | DC20 | PKKHI | 20070622 |
| 479 | CAXU3244025 | DC20 | PKKHI | 20070622 |
| 480 | CAXU3244160 | DC20 | PKKHI | 20070622 |
| 481 | CAXU3244175 | DC20 | PKKHI | 20070622 |
| 482 | CAXU3244180 | DC20 | PKKHI | 20070622 |
| 483 | CAXU3244318 | DC20 | PKKHI | 20070622 |
| 484 | CAXU3244323 | DC20 | PKKHI | 20070622 |
| 485 | CAXU3244350 | DC20 | PKKHI | 20070622 |
| 486 | CAXU3244489 | DC20 | PKKHI | 20070622 |
| 487 | CAXU3244555 | DC20 | PKKHI | 20070622 |
| 488 | CAXU3244560 | DC20 | PKKHI | 20070622 |
| 489 | CAXU3244679 | DC20 | PKKHI | 20070622 |
| 490 | CAXU3244703 | DC20 | PKKHI | 20070622 |
| 491 | CAXU3244719 | DC20 | PKKHI | 20070622 |
| 492 | CAXU3244792 | DC20 | PKKHI | 20070622 |
| 493 | CAXU3244935 | DC20 | PKKHI | 20070622 |
| 494 | CAXU3244961 | DC20 | PKKHI | 20070622 |
| 495 | CAXU3245150 | DC20 | PKKHI | 20070622 |
| 496 | CAXU3245269 | DC20 | PKKHI | 20070622 |
| 497 | CAXU3245309 | DC20 | PKKHI | 20070622 |
| 498 | CAXU3245335 | DC20 | PKKHI | 20070622 |
| 499 | CAXU3504077 | OT20 | AEJEA | 20070622 |
| 500 | CAXU3504098 | OT20 | AEJEA | 20070622 |
| 501 | CAXU3504159 | OT20 | AEJEA | 20070622 |

| | | | | |
|---|---|---|---|---|
| 502 | CAXU3504225 | OT20 | AEJEA | 20070622 |
| 503 | CAXU3504360 | OT20 | AEJEA | 20070622 |
| 504 | CAXU3504375 | OT20 | AEJEA | 20070622 |
| 505 | CAXU3504420 | OT20 | AEJEA | 20070622 |
| 506 | CAXU3504523 | OT20 | AEJEA | 20070622 |
| 507 | CAXU3504586 | OT20 | AEJEA | 20070622 |
| 508 | CAXU3504668 | OT20 | AEJEA | 20070622 |
| 509 | CAXU3504734 | OT20 | AEJEA | 20070622 |
| 510 | CAXU3504837 | OT20 | AEJEA | 20070622 |
| 511 | CAXU3504842 | OT20 | AEJEA | 20070622 |
| 512 | CAXU3504858 | OT20 | AEJEA | 20070622 |
| 513 | CAXU3504884 | OT20 | AEJEA | 20070622 |
| 514 | CAXU3504924 | OT20 | AEJEA | 20070622 |
| 515 | CAXU3504966 | OT20 | AEJEA | 20070622 |
| 516 | CAXU3505319 | OT20 | AEJEA | 20070622 |
| 517 | CAXU3505324 | OT20 | AEJEA | 20070622 |
| 518 | CAXU3505406 | OT20 | AEJEA | 20070622 |
| 519 | CAXU3505448 | OT20 | AEJEA | 20070622 |
| 520 | CAXU3505556 | OT20 | AEJEA | 20070622 |
| 521 | CAXU3505582 | OT20 | AEJEA | 20070622 |
| 522 | CAXU3505643 | OT20 | AEJEA | 20070622 |
| 523 | CAXU3505690 | OT20 | AEJEA | 20070622 |
| 524 | CAXU3505812 | OT20 | AEJEA | 20070622 |
| 525 | CAXU3505828 | OT20 | AEJEA | 20070622 |
| 526 | CAXU3505896 | OT20 | AEJEA | 20070622 |
| 527 | CAXU3506043 | OT20 | AEJEA | 20070622 |
| 528 | CAXU3506085 | OT20 | AEJEA | 20070622 |
| 529 | CAXU3506104 | OT20 | AEJEA | 20070622 |
| 530 | CAXU3506110 | OT20 | AEJEA | 20070622 |
| 531 | CAXU3506130 | OT20 | AEJEA | 20070622 |
| 532 | CAXU3506151 | OT20 | AEJEA | 20070622 |
| 533 | CAXU3506167 | OT20 | AEJEA | 20070622 |
| 534 | CAXU3506172 | OT20 | AEJEA | 20070622 |
| 535 | CAXU3506228 | OT20 | AEJEA | 20070622 |
| 536 | CAXU3506280 | OT20 | AEJEA | 20070622 |
| 537 | CAXU3506300 | OT20 | AEJEA | 20070622 |
| 538 | CAXU3506336 | OT20 | AEJEA | 20070622 |
| 539 | CAXU6993161 | DC20 | PKKHI | 20070622 |
| 540 | CAXU6993222 | DC20 | PKKHI | 20070622 |
| 541 | CAXU6993285 | DC20 | PKKHI | 20070622 |
| 542 | CAXU6993290 | DC20 | PKKHI | 20070622 |
| 543 | CAXU6993325 | DC20 | PKKHI | 20070622 |
| 544 | CAXU6993346 | DC20 | PKKHI | 20070622 |
| 545 | CAXU6993541 | DC20 | PKKHI | 20070622 |
| 546 | CAXU6993644 | DC20 | PKKHI | 20070622 |
| 547 | CAXU6993710 | DC20 | PKKHI | 20070622 |
| 548 | CAXU6993789 | DC20 | PKKHI | 20070622 |
| 549 | CAXU6995056 | DC20 | PKKHI | 20070622 |
| 550 | CAXU6995349 | DC20 | PKKHI | 20070622 |
| 551 | CAXU6995396 | DC20 | PKKHI | 20070622 |
| 552 | CAXU6995436 | DC20 | PKKHI | 20070622 |
| 553 | CAXU6995441 | DC20 | PKKHI | 20070622 |
| 554 | CAXU6995610 | DC20 | PKKHI | 20070622 |
| 555 | CAXU6995626 | DC20 | PKKHI | 20070622 |
| 556 | CAXU6995668 | DC20 | PKKHI | 20070622 |
| 557 | CAXU6995879 | DC20 | PKKHI | 20070622 |

| # | Container | Type | Port | Date |
|---|---|---|---|---|
| 558 | CAXU9365132 | HC40 | INMUM | 20070622 |
| 559 | CAXU3112559 | DC20 | PKKHI | 20070623 |
| 560 | CAXU3112610 | DC20 | PKKHI | 20070623 |
| 561 | CAXU3112800 | DC20 | PKKHI | 20070623 |
| 562 | CAXU3112991 | DC20 | PKKHI | 20070623 |
| 563 | CAXU3113848 | DC20 | PKKHI | 20070623 |
| 564 | CAXU3113874 | DC20 | PKKHI | 20070623 |
| 565 | CAXU3126700 | DC20 | PKKHI | 20070623 |
| 566 | CAXU3126716 | DC20 | PKKHI | 20070623 |
| 567 | CAXU3128745 | DC20 | PKKHI | 20070623 |
| 568 | CAXU3129989 | DC20 | PKKHI | 20070623 |
| 569 | CAXU3130017 | DC20 | PKKHI | 20070623 |
| 570 | CAXU3130130 | DC20 | PKKHI | 20070623 |
| 571 | CAXU3131559 | DC20 | PKKHI | 20070623 |
| 572 | CAXU3132431 | DC20 | PKKHI | 20070623 |
| 573 | CAXU3132508 | DC20 | PKKHI | 20070623 |
| 574 | CAXU3132560 | DC20 | PKKHI | 20070623 |
| 575 | CAXU3148021 | DC20 | PKKHI | 20070623 |
| 576 | CAXU3148253 | DC20 | PKKHI | 20070623 |
| 577 | CAXU3148356 | DC20 | PKKHI | 20070623 |
| 578 | CAXU3148485 | DC20 | PKKHI | 20070623 |
| 579 | CAXU3148736 | DC20 | PKKHI | 20070623 |
| 580 | CAXU3149500 | DC20 | PKKHI | 20070623 |
| 581 | CAXU3149922 | DC20 | PKKHI | 20070623 |
| 582 | CAXU3149964 | DC20 | PKKHI | 20070623 |
| 583 | CAXU3149990 | DC20 | PKKHI | 20070623 |
| 584 | CAXU3150230 | DC20 | PKKHI | 20070623 |
| 585 | CAXU3150306 | DC20 | PKKHI | 20070623 |
| 586 | CAXU3150414 | DC20 | PKKHI | 20070623 |
| 587 | CAXU3150435 | DC20 | PKKHI | 20070623 |
| 588 | CAXU3150456 | DC20 | PKKHI | 20070623 |
| 589 | CAXU3150461 | DC20 | PKKHI | 20070623 |
| 590 | CAXU3150590 | DC20 | PKKHI | 20070623 |
| 591 | CAXU3150630 | DC20 | PKKHI | 20070623 |
| 592 | CAXU3150651 | DC20 | PKKHI | 20070623 |
| 593 | CAXU3150862 | DC20 | PKKHI | 20070623 |
| 594 | CAXU3150918 | DC20 | PKKHI | 20070623 |
| 595 | CAXU3151112 | DC20 | PKKHI | 20070623 |
| 596 | CAXU3151128 | DC20 | PKKHI | 20070623 |
| 597 | CAXU3151426 | DC20 | PKKHI | 20070623 |
| 598 | CAXU3151703 | DC20 | PKKHI | 20070623 |
| 599 | CAXU3152309 | DC20 | PKKHI | 20070623 |
| 600 | CAXU3152422 | DC20 | PKKHI | 20070623 |
| 601 | CAXU3152952 | DC20 | PKKHI | 20070623 |
| 602 | CAXU3163535 | DC20 | PKKHI | 20070623 |
| 603 | CAXU3163598 | DC20 | PKKHI | 20070623 |
| 604 | CAXU3163812 | DC20 | PKKHI | 20070623 |
| 605 | CAXU3163828 | DC20 | PKKHI | 20070623 |
| 606 | CAXU3163860 | DC20 | PKKHI | 20070623 |
| 607 | CAXU3165482 | DC20 | PKKHI | 20070623 |
| 608 | CAXU3166827 | DC20 | PKKHI | 20070623 |
| 609 | CAXU3167232 | DC20 | PKKHI | 20070623 |
| 610 | CAXU3167248 | DC20 | PKKHI | 20070623 |
| 611 | CAXU3167417 | DC20 | PKKHI | 20070623 |
| 612 | CAXU3167422 | DC20 | PKKHI | 20070623 |
| 613 | CAXU3168054 | DC20 | PKKHI | 20070623 |

| | | | | |
|---|---|---|---|---|
| 614 | CAXU3168080 | DC20 | PKKHI | 20070623 |
| 615 | CAXU3168100 | DC20 | PKKHI | 20070623 |
| 616 | CAXU3168120 | DC20 | PKKHI | 20070623 |
| 617 | CAXU3168840 | DC20 | PKKHI | 20070623 |
| 618 | CAXU3188528 | DC20 | PKKHI | 20070623 |
| 619 | CAXU3189231 | DC20 | PKKHI | 20070623 |
| 620 | CAXU3242510 | DC20 | PKKHI | 20070623 |
| 621 | CAXU3243163 | DC20 | PKKHI | 20070623 |
| 622 | CAXU3243179 | DC20 | PKKHI | 20070623 |
| 623 | CAXU3243749 | DC20 | PKKHI | 20070623 |
| 624 | CAXU3243780 | DC20 | PKKHI | 20070623 |
| 625 | CAXU3244010 | DC20 | PKKHI | 20070623 |
| 626 | CAXU3244149 | DC20 | PKKHI | 20070623 |
| 627 | CAXU3244827 | DC20 | PKKHI | 20070623 |
| 628 | CAXU3244982 | DC20 | PKKHI | 20070623 |
| 629 | CAXU3245211 | DC20 | PKKHI | 20070623 |
| 630 | CAXU3245401 | DC20 | PKKHI | 20070623 |
| 631 | CAXU6993238 | DC20 | PKKHI | 20070623 |
| 632 | CAXU6995457 | DC20 | PKKHI | 20070623 |
| 633 | CAXU6995760 | DC20 | PKKHI | 20070623 |
| 634 | CAXU6995863 | DC20 | PKKHI | 20070623 |
| 635 | CAXU6995919 | DC20 | PKKHI | 20070623 |
| 636 | CAXU6995971 | DC20 | PKKHI | 20070623 |
| 637 | CAXU8032986 | HC40 | PKKHI | 20070623 |
| 638 | CAXU8139151 | HC40 | PKKHI | 20070623 |
| 639 | CAXU8139188 | HC40 | PKKHI | 20070623 |
| 640 | CAXU8139228 | HC40 | PKKHI | 20070623 |
| 641 | CAXU8139465 | HC40 | PKKHI | 20070623 |
| 642 | CAXU8139589 | HC40 | PKKHI | 20070623 |
| 643 | CAXU8139660 | HC40 | PKKHI | 20070623 |
| 644 | CAXU8139906 | HC40 | PKKHI | 20070623 |
| 645 | CAXU9365214 | HC40 | PKKHI | 20070623 |
| 646 | CAXU9365575 | HC40 | PKKHI | 20070623 |
| 647 | CAXU3112097 | DC20 | PKKHI | 20070624 |
| 648 | CAXU3112630 | DC20 | PKKHI | 20070624 |
| 649 | CAXU3113283 | DC20 | PKKHI | 20070624 |
| 650 | CAXU3113811 | DC20 | PKKHI | 20070624 |
| 651 | CAXU3126758 | DC20 | PKKHI | 20070624 |
| 652 | CAXU3126790 | DC20 | PKKHI | 20070624 |
| 653 | CAXU3126969 | DC20 | PKKHI | 20070624 |
| 654 | CAXU3126980 | DC20 | PKKHI | 20070624 |
| 655 | CAXU3127013 | DC20 | PKKHI | 20070624 |
| 656 | CAXU3127029 | DC20 | PKKHI | 20070624 |
| 657 | CAXU3127380 | DC20 | PKKHI | 20070624 |
| 658 | CAXU3128405 | DC20 | PKKHI | 20070624 |
| 659 | CAXU3128637 | DC20 | PKKHI | 20070624 |
| 660 | CAXU3128684 | DC20 | PKKHI | 20070624 |
| 661 | CAXU3128792 | DC20 | PKKHI | 20070624 |
| 662 | CAXU3128832 | DC20 | PKKHI | 20070624 |
| 663 | CAXU3128935 | DC20 | PKKHI | 20070624 |
| 664 | CAXU3129464 | DC20 | PKKHI | 20070624 |
| 665 | CAXU3129926 | DC20 | PKKHI | 20070624 |
| 666 | CAXU3130043 | DC20 | PKKHI | 20070624 |
| 667 | CAXU3130151 | DC20 | PKKHI | 20070624 |
| 668 | CAXU3131369 | DC20 | PKKHI | 20070624 |
| 669 | CAXU3131374 | DC20 | PKKHI | 20070624 |

| | | | | |
|---|---|---|---|---|
| 670 | CAXU3131477 | DC20 | PKKHI | 20070624 |
| 671 | CAXU3131517 | DC20 | PKKHI | 20070624 |
| 672 | CAXU3131991 | DC20 | PKKHI | 20070624 |
| 673 | CAXU3132030 | DC20 | PKKHI | 20070624 |
| 674 | CAXU3132051 | DC20 | PKKHI | 20070624 |
| 675 | CAXU3132175 | DC20 | PKKHI | 20070624 |
| 676 | CAXU3132576 | DC20 | PKKHI | 20070624 |
| 677 | CAXU3132600 | DC20 | PKKHI | 20070624 |
| 678 | CAXU3132663 | DC20 | PKKHI | 20070624 |
| 679 | CAXU3132724 | DC20 | PKKHI | 20070624 |
| 680 | CAXU3132750 | DC20 | PKKHI | 20070624 |
| 681 | CAXU3132787 | DC20 | PKKHI | 20070624 |
| 682 | CAXU3132792 | DC20 | PKKHI | 20070624 |
| 683 | CAXU3132848 | DC20 | PKKHI | 20070624 |
| 684 | CAXU3132874 | DC20 | PKKHI | 20070624 |
| 685 | CAXU3132914 | DC20 | PKKHI | 20070624 |
| 686 | CAXU3132940 | DC20 | PKKHI | 20070624 |
| 687 | CAXU3148084 | DC20 | PKKHI | 20070624 |
| 688 | CAXU3148124 | DC20 | PKKHI | 20070624 |
| 689 | CAXU3148295 | DC20 | PKKHI | 20070624 |
| 690 | CAXU3148361 | DC20 | PKKHI | 20070624 |
| 691 | CAXU3148720 | DC20 | PKKHI | 20070624 |
| 692 | CAXU3149033 | DC20 | PKKHI | 20070624 |
| 693 | CAXU3149080 | DC20 | PKKHI | 20070624 |
| 694 | CAXU3149120 | DC20 | PKKHI | 20070624 |
| 695 | CAXU3149286 | DC20 | PKKHI | 20070624 |
| 696 | CAXU3149516 | DC20 | PKKHI | 20070624 |
| 697 | CAXU3149579 | DC20 | PKKHI | 20070624 |
| 698 | CAXU3149624 | DC20 | PKKHI | 20070624 |
| 699 | CAXU3149687 | DC20 | PKKHI | 20070624 |
| 700 | CAXU3150266 | DC20 | PKKHI | 20070624 |
| 701 | CAXU3150775 | DC20 | PKKHI | 20070624 |
| 702 | CAXU3150991 | DC20 | PKKHI | 20070624 |
| 703 | CAXU3151278 | DC20 | PKKHI | 20070624 |
| 704 | CAXU3151283 | DC20 | PKKHI | 20070624 |
| 705 | CAXU3151318 | DC20 | PKKHI | 20070624 |
| 706 | CAXU3151350 | DC20 | PKKHI | 20070624 |
| 707 | CAXU3151391 | DC20 | PKKHI | 20070624 |
| 708 | CAXU3151555 | DC20 | PKKHI | 20070624 |
| 709 | CAXU3151684 | DC20 | PKKHI | 20070624 |
| 710 | CAXU3151730 | DC20 | PKKHI | 20070624 |
| 711 | CAXU3151787 | DC20 | PKKHI | 20070624 |
| 712 | CAXU3151827 | DC20 | PKKHI | 20070624 |
| 713 | CAXU3152063 | DC20 | PKKHI | 20070624 |
| 714 | CAXU3152084 | DC20 | PKKHI | 20070624 |
| 715 | CAXU3152103 | DC20 | PKKHI | 20070624 |
| 716 | CAXU3152145 | DC20 | PKKHI | 20070624 |
| 717 | CAXU3152187 | DC20 | PKKHI | 20070624 |
| 718 | CAXU3152654 | DC20 | PKKHI | 20070624 |
| 719 | CAXU3152910 | DC20 | PKKHI | 20070624 |
| 720 | CAXU3152926 | DC20 | PKKHI | 20070624 |
| 721 | CAXU3163670 | DC20 | PKKHI | 20070624 |
| 722 | CAXU3163941 | DC20 | PKKHI | 20070624 |
| 723 | CAXU3164193 | DC20 | PKKHI | 20070624 |
| 724 | CAXU3164362 | DC20 | PKKHI | 20070624 |
| 725 | CAXU3164399 | DC20 | PKKHI | 20070624 |

| 726 | CAXU3164465 | DC20 | PKKHI | 20070624 |
|---|---|---|---|---|
| 727 | CAXU3164491 | DC20 | PKKHI | 20070624 |
| 728 | CAXU3164505 | DC20 | PKKHI | 20070624 |
| 729 | CAXU3164634 | DC20 | PKKHI | 20070624 |
| 730 | CAXU3165060 | DC20 | PKKHI | 20070624 |
| 731 | CAXU3165097 | DC20 | PKKHI | 20070624 |
| 732 | CAXU3165184 | DC20 | PKKHI | 20070624 |
| 733 | CAXU3165353 | DC20 | PKKHI | 20070624 |
| 734 | CAXU3165414 | DC20 | PKKHI | 20070624 |
| 735 | CAXU3166555 | DC20 | PKKHI | 20070624 |
| 736 | CAXU3166724 | DC20 | PKKHI | 20070624 |
| 737 | CAXU3166787 | DC20 | PKKHI | 20070624 |
| 738 | CAXU3167356 | DC20 | PKKHI | 20070624 |
| 739 | CAXU3167510 | DC20 | PKKHI | 20070624 |
| 740 | CAXU3167802 | DC20 | PKKHI | 20070624 |
| 741 | CAXU3168265 | DC20 | PKKHI | 20070624 |
| 742 | CAXU3168310 | DC20 | PKKHI | 20070624 |
| 743 | CAXU3168497 | DC20 | PKKHI | 20070624 |
| 744 | CAXU3188580 | DC20 | PKKHI | 20070624 |
| 745 | CAXU3188600 | DC20 | PKKHI | 20070624 |
| 746 | CAXU3189000 | DC20 | PKKHI | 20070624 |
| 747 | CAXU3189442 | DC20 | PKKHI | 20070624 |
| 748 | CAXU3240647 | DC20 | PKKHI | 20070624 |
| 749 | CAXU3240800 | DC20 | PKKHI | 20070624 |
| 750 | CAXU3241073 | DC20 | PKKHI | 20070624 |
| 751 | CAXU3241237 | DC20 | PKKHI | 20070624 |
| 752 | CAXU3241242 | DC20 | PKKHI | 20070624 |
| 753 | CAXU3241279 | DC20 | PKKHI | 20070624 |
| 754 | CAXU3241330 | DC20 | PKKHI | 20070624 |
| 755 | CAXU3241509 | DC20 | PKKHI | 20070624 |
| 756 | CAXU3241860 | DC20 | PKKHI | 20070624 |
| 757 | CAXU3241915 | DC20 | PKKHI | 20070624 |
| 758 | CAXU3241936 | DC20 | PKKHI | 20070624 |
| 759 | CAXU3242233 | DC20 | PKKHI | 20070624 |
| 760 | CAXU3242300 | DC20 | PKKHI | 20070624 |
| 761 | CAXU3242866 | DC20 | PKKHI | 20070624 |
| 762 | CAXU3242927 | DC20 | PKKHI | 20070624 |
| 763 | CAXU3243121 | DC20 | PKKHI | 20070624 |
| 764 | CAXU3243630 | DC20 | PKKHI | 20070624 |
| 765 | CAXU3244093 | DC20 | PKKHI | 20070624 |
| 766 | CAXU3244339 | DC20 | PKKHI | 20070624 |
| 767 | CAXU3244494 | DC20 | LKCMB | 20070624 |
| 768 | CAXU3244724 | DC20 | PKKHI | 20070624 |
| 769 | CAXU3245058 | DC20 | PKKHI | 20070624 |
| 770 | CAXU3245274 | DC20 | PKKHI | 20070624 |
| 771 | CAXU3504164 | OT20 | AEJEA | 20070624 |
| 772 | CAXU3504293 | OT20 | PKKHI | 20070624 |
| 773 | CAXU3504349 | OT20 | PKKHI | 20070624 |
| 774 | CAXU3504890 | OT20 | PKKHI | 20070624 |
| 775 | CAXU3504945 | OT20 | PKKHI | 20070624 |
| 776 | CAXU3504971 | OT20 | PKKHI | 20070624 |
| 777 | CAXU3505108 | OT20 | AEJEA | 20070624 |
| 778 | CAXU3505237 | OT20 | AEJEA | 20070624 |
| 779 | CAXU3505258 | OT20 | AEJEA | 20070624 |
| 780 | CAXU3505290 | OT20 | AEJEA | 20070624 |
| 781 | CAXU3505345 | OT20 | AEJEA | 20070624 |

| 782 | CAXU3505392 | OT20 | AEJEA | 20070624 |
|-----|-------------|------|-------|----------|
| 783 | CAXU3505453 | OT20 | AEJEA | 20070624 |
| 784 | CAXU3505474 | OT20 | AEJEA | 20070624 |
| 785 | CAXU3505561 | OT20 | AEJEA | 20070624 |
| 786 | CAXU3505577 | OT20 | AEJEA | 20070624 |
| 787 | CAXU3505598 | OT20 | AEJEA | 20070624 |
| 788 | CAXU3505601 | OT20 | AEJEA | 20070624 |
| 789 | CAXU3505664 | OT20 | AEJEA | 20070624 |
| 790 | CAXU3505685 | OT20 | AEJEA | 20070624 |
| 791 | CAXU3505730 | OT20 | AEJEA | 20070624 |
| 792 | CAXU3505746 | OT20 | AEJEA | 20070624 |
| 793 | CAXU3505957 | OT20 | AEJEA | 20070624 |
| 794 | CAXU3506022 | OT20 | PKKHI | 20070624 |
| 795 | CAXU3506207 | OT20 | PKKHI | 20070624 |
| 796 | CAXU3506320 | OT20 | AEJEA | 20070624 |
| 797 | CAXU3506383 | OT20 | AEJEA | 20070624 |
| 798 | CAXU6993135 | DC20 | PKKHI | 20070624 |
| 799 | CAXU6993156 | DC20 | PKKHI | 20070624 |
| 800 | CAXU6993264 | DC20 | PKKHI | 20070624 |
| 801 | CAXU6993270 | DC20 | PKKHI | 20070624 |
| 802 | CAXU6993388 | DC20 | PKKHI | 20070624 |
| 803 | CAXU6993412 | DC20 | PKKHI | 20070624 |
| 804 | CAXU6993428 | DC20 | PKKHI | 20070624 |
| 805 | CAXU6993578 | DC20 | PKKHI | 20070624 |
| 806 | CAXU6993855 | DC20 | PKKHI | 20070624 |
| 807 | CAXU6995647 | DC20 | PKKHI | 20070624 |
| 808 | CAXU6995689 | DC20 | PKKHI | 20070624 |
| 809 | CAXU6995713 | DC20 | PKKHI | 20070624 |
| 810 | CAXU8032749 | HC40 | PKKHI | 20070624 |
| 811 | CAXU8032939 | HC40 | PKKHI | 20070624 |
| 812 | CAXU8138710 | HC40 | PKKHI | 20070624 |
| 813 | CAXU8139104 | HC40 | PKKHI | 20070624 |
| 814 | CAXU8139341 | HC40 | PKKHI | 20070624 |
| 815 | CAXU8139547 | HC40 | PKKHI | 20070624 |
| 816 | CAXU8139634 | HC40 | PKKHI | 20070624 |
| 817 | CAXU8139681 | HC40 | PKKHI | 20070624 |
| 818 | CAXU9363211 | HC40 | PKKHI | 20070624 |
| 819 | CAXU9364624 | HC40 | PKKHI | 20070624 |
| 820 | CAXU3112667 | DC20 | PKKHI | 20070625 |
| 821 | CAXU3113200 | DC20 | PKKHI | 20070625 |
| 822 | CAXU3113489 | DC20 | PKKHI | 20070625 |
| 823 | CAXU3113679 | DC20 | PKKHI | 20070625 |
| 824 | CAXU3126594 | DC20 | PKKHI | 20070625 |
| 825 | CAXU3126995 | DC20 | PKKHI | 20070625 |
| 826 | CAXU3128787 | DC20 | PKKHI | 20070625 |
| 827 | CAXU3128811 | DC20 | PKKHI | 20070625 |
| 828 | CAXU3128895 | DC20 | PKKHI | 20070625 |
| 829 | CAXU3128909 | DC20 | PKKHI | 20070625 |
| 830 | CAXU3128920 | DC20 | PKKHI | 20070625 |
| 831 | CAXU3130470 | DC20 | PKKHI | 20070625 |
| 832 | CAXU3131986 | DC20 | PKKHI | 20070625 |
| 833 | CAXU3132133 | DC20 | PKKHI | 20070625 |
| 834 | CAXU3132386 | DC20 | PKKHI | 20070625 |
| 835 | CAXU3132730 | DC20 | PKKHI | 20070625 |
| 836 | CAXU3148119 | DC20 | PKKHI | 20070625 |
| 837 | CAXU3148778 | DC20 | PKKHI | 20070625 |