**EXHIBIT A**

```
-----Original Message-----
From: Tony [mailto:tony@shinepyung.co.kr]
Sent: Thursday, May 04, 2006 9:41 AM
To: hiroshi@capps.com
Cc: fred@capps.com; susan@capps.com
Subject: FW: interest and financial expenses for both year
```

Good morning Mr. Nagato

Please see their answer to your question about their financial statements.

If you have any further question, please let me know.
Have a great day!

Best regards,
Tony

```
-----Original Message-----
From: shakeel haider
Sent: Wednesday, May 03, 2006 7:13 PM
To: Tony;
Cc: Kahn
```

Subject: Re: interest and financial expenses for both year

Dear Tony

The amount of financial charges for 2004 & 2005 are PKR 3.851 Million and PKR 4.862 Million respectively.

B.Rgds
Shakeel Hyder

```
-----Original Message-----
From: Tony [mailto:tony@shinepyung.co.kr]
Sent: Thursday, May 04, 2006 5:55 PM
To: mhk001@attglobal.net
Cc: mkamran@mega-in.com; ssh@mega-in.com
Subject: FW: Mega & In Long Term Lease
```

Dear Mr. Kahn

Attached please find a long term contract draft for your review.
Please also see the form to fill out and send it to me.

As you see the draft attached and below comment from our headquarters, I am pleased to inform you most of the terms we've discussed are accepted except for depreciation, which is 6% per year, not 7%.

In addition, our H/Qs accepted your logos applied to both side panels of the equipment delivered from June;May is too short to do with this work.
So, please provide me the detailed dimensions of your logo; you just sketched it.
If you don't have, I will try to have equipment manufacturers draw it and send it to you for your confirmation.
Please be noted when you redeliver the unit after 8 years, you'll have to remove your logo decal at your expense, otherwise the removal cost will be charged.
So, please have a second thought if necessary.

Finally please make sure who will be a lessee n this contract?
I really hope it will be Mega & Forbes Group of Companies.
Please also make sure your billing address.

If you have any question, please feel free to let me know.

Looking forward to hearing from you soon.
Thank you.

Best regards,

Tony


-----Original Message-----
From: Susan Fox
Sent: Thursday, May 04, 2006 8:59 AM
To: Tony

Subject: Mega & In Long Term Lease

Dear Tony,

Thank you for the financial information on Mega & Forbes Group of Companies. Preliminarily, the information looks promising but we need to clarify the actual lessee and have a credit application completed (please find the form attached for the customer to complete and return). Is "Mega & Forbes Group of Companies" a registered company name? If so, please confirm their registered headquarters address. If not, please advise the legal name and address of the entity whose balance sheet we have reviewed. If they want one of the subsidiary companies to be the lessee, we need the company whose balance sheet we received to be a co-lessee since this is the company on which we are basing our credit decision.

Per your discussion with Hiroshi Nagato, attached please find the draft of our lease agreement. We have used the name "Mega & Forbes Group of Companies" as the lessee and an address from the website as the headquarters address, but this all needs to be confirmed. We also need to know the actual billing address, if different from the headquarters address.

Comments on some lease terms per your email of 4/26/06:

11. Depreciation - 7% is very fast depreciation - please try for 6%.

12. Lease commencement date - per diem billing starts from each container's respective date of delivery to lessee. The eight year term commences the first of the month after the month in which the last container is delivered to lessee.

14. Logo - we can apply, at CAI's expense, lessee's logo to units delivered ex factory during June and July, provided the logo is not larger than our own CAI logo.

15. Others -
CAI is not interested to offer either a buyout option or DPP on this long term lease.

Appreciate your confirmation of the name and address for the lessee's legal headquarters and for billing purposes.

Thank you for your assistance and best regards,
--
Susan Fox
Container Applications International, Inc.