**EXHIBIT B**

# GUTOWSKI, PETER

**From:** Charles Donovan [CDonovan@sheppardmullin.com]
**Sent:** Thursday, June 28, 2007 1:13 PM
**To:** GUTOWSKI, PETER
**Cc:** Elizabeth Rotenberg-Schwartz
**Subject:** RE: CAI v. Mega

Pete -

My responses to your message are below.

Best,
Charley

---

**From:** GUTOWSKI, PETER [mailto:GUTOWSKI@FREEHILL.COM]
**Sent:** Thursday, June 28, 2007 9:41 AM
**To:** Charles Donovan
**Subject:** CAI

Dear Charley,

I write further to my June 21 email to follow-up on the following points.

Before we get to that, I want you to know that while I appreciate that CAI may believe that the situation involving the return of the equipment got off on the wrong foot, it seems to me that may have been the product of a misunderstanding as to the import of what you were asking our client to do. Be that as it may, Megafeeder is now doing its level best to get all the equipment back to you, and I understand that as of this week, more than 1100 boxes have already been retrieved, all depots have been notified of the release and boxes are being returned as fast as that can be accomplished. So they are trying to do the right thing here, and I assume you are receiving similar reports from your end.



I understand CAI has been able to recover units now that Megafeeder has finally told depots it may release CAI equipment. Had Mr. Islam given that authorization when I asked for it, it would have saved a lot of time and reduced CAI's claim against the Mega companies.

Moving on to the points I raised during our telcon on the 20th and which were the subject of my email of the 21st, has your client responded on the points I raised?

Specifically:

(i) Where can Megafeeder pay the open lease charges? Will payment in Pakistan be acceptable? If not, has CAI confirmed that payment can be without prejudice to the claims in the suit? I am advised that Megafeeder still cannot make a dollar payment out of Pakistan.



CAI will take payment as provided in the contract. It would consider other locations too. I infer you wish to pay in a manner that would allow payment outside the U.S. CAI can, I believe, accept payment in other locations. I will check and let you know. CAI is not, however, willing to take Pakistani rupees in payment. CAI would accept a payment without prejudice to the contentions your clients may wish to make in the case.

(ii) Is there any other depot where CAI believes units are being maintained and at which it is having trouble getting them out? I am told all depots were notified.