Elizabeth M. Rotenberg-Schwartz (ER 2607)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
(212) 332-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CAI INTERNATIONAL, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MEGAFLEET (PRIVATE) LIMITED, INSHIPPING (PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED, INSERVEY PAKISTAN (PRIVATE) LIMITED, MEGAIMPEX PAKISTAN (PRIVATE) LIMITED, MEGA IMPEX (PRIVATE) LIMITED, MEGATECH (PRIVATE) LIMITED, MEGATRANS PAKISTAN (PRIVATE) LIMITED, INTRA 21 (PRIVATE) LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED, MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES CAMPBELL & CO (PRIVATE) LIMITED, M-LOG (PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE) LIMITED, FORBES LATHAM (PRIVATE) LIMITED, FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED, FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE) LIMITED, SEALOG (PRIVATE) LIMITED, SEAEXPRESS (PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE) LIMITED, FORBES LOGICOM (PRIVATE) LIMITED, MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT (PRIVATE) LIMITED, FORBES SHIPPING COMPANY (PRIVATE) LIMITED, M. HABIBULLAH KHAN, MEGAFEEDER (PRIVATE) LIMITED,<br>        Defendants. | No. 07-CV-3728(LLS)<br><br><br>**DECLARATION OF ELIZABETH M. ROTENBERG-SCHWARTZ IN OPPOSITION TO DEFENDANT MSC PAKISTAN (PRIVATE) LIMITED'S MOTION TO VACATE**<br>**RULE B ATTACHMENT** |

I, Elizabeth M. Rotenberg-Schwartz, declare as follows:

1. I am a an attorney associated with the law firm of Sheppard, Mullin, Richter & Hampton, LLP, counsel for plaintiff CAI International, Inc. ("CAI") in this action. I have personal knowledge of the facts set forth in this declaration, except those asserted on information and belief.

2. I submit this Declaration in Opposition to Opposition to Defendant MSC Pakistan (Private) Limited's Motion to Vacate Rule B Attachment.

3. Defendant M. Habibullah Khan is Chairman & Managing Director of the Mega & Forbes Group of Companies ("Mega & Forbes Group"). See http://www.mega-intl.info/megaasp/htm/chmsg/ch_message.asp.

4. In preparing to file Plaintiff's opposition, I discovered that Defendants' website content had been removed from their site http://www.mega-intl.info/. Their website now states that the "site is under construction." See http://www.mega-intl.info/.

5. On or about May 10, 2007, a member of Sheppard Mullin Richter & Hampton, LLP viewed Defendants' website and printed the relevant pages cited in Plaintiff's memorandum. These pages were previously submitted to the Court in my declaration dated June 22, 2007. Subsequent to that filing, I was able to obtain more complete copies of the relevant pages. See http://www.mega-intl.info/megaasp/htm/chmsg/ch_message.asp attached as Exhibit "A;" http://www.mega-intl.info/megaasp/htm/aboutus.asp attached as Exhibit "B;" http://www.mega-intl.info/megaasp/htm/Corp_Structure.asp attached as Exhibit "C."

-3-

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 15, 2007 in New York, New York.

_____
Elizabeth M. Rotenberg-Schwartz