# EXHIBIT B

Home | E-Services | Management | Up-Country Of



MEGAIMPEX | MEGATRANS | MEGAFEEDER | MEGATECH | MEGATRANSPORT | MEGAAIR | MEGARAIL | MSC | MLOG | INSHIPPING | INSERVEY | INSHIP | INTRA21 | SEAEXPRE

FORBES FORBES CAMPBELL | FORBES SHIPPING | FORBES FERRY | FORBES LATHAM | FORBES LOGISTICS | FORBES TELECOM | FORBES LOGICOM | SEACON | SEALOC

## Join The Mega Experience

Chairman Messages


E.D Office


Corporate Structure


Partnership


Turnover


Investments


Financial


Policies

**Welcome to Mega & FORBES**

Mega & Forbes group (MFG), a diversified business conglomerates which has undergone rapid advancement since its inception. During past 25 years Mega & Forbes has steadily diversified its core activities by venturing into new business and continued ..Read More>>>

**Major Activities**

- Shipping & Logistics
- Transportation
- Textile Manufacturing
- Indenting & Trading
- Software Developement
- Warehousing & Distribution
- Oil & Gas
- Mega Feeder
- RFID

- Terminal Operation
- Cargo Handling
- Telecommunications
- Port Services
- Empty Depots
- Rail - GOP- Private JV
- Real Estate
- ITHL
- Other Activities

**Units**

**Ship Crew Unit**

 The Ship Crew Management Unit Of "Forbes Group" Is An Authorized Manning Agency, Registered Under The Laws Of Pakistan.
>>>

**Afghan Desk**

 Afghan Desk Has A Team Of Competed Professional Capable To Handle Transshipment Boxes For Afghanistan In Transit Pakistan.
>>>

**Trading Unit**

 Mega & Forbes Group Is Well Reputed Pakistan Base ISO 9001-2000 Certified Shipping & Trading Group.
>>>

**NVOCC**

 MegaImpex Pakistan Private Limited Which Is The Sister Concern Of Mega & In Group Acting As A NVOCC In Pakistan.
>>>

**Check your Webmail**

User Id
Password

Signup | L
Forgot your Passw



SMS Tracking
Container Enquir
Container Enquiry
Online Vessel Schedu

**Extra PNW Carrier Services**

A Growing Number Of Asia/Pacific Northwest Container Services And Big Ships Calling At The Port Of Seattle A Boosting The Box Volume Handled By Pacific Northwest Port.
Read Mo

**Wireless Technology**

 FORBES TELECOMMUNICA LIMITED Was Orig Incorporated In 19 But In 1992 The Na Was Changed To "Forbes Telecommunicatic

**RFID**

 Forbes Logicom, Dubai Based FMG Company Has Partnered With Le RFID Global Playe SAVI Technologie Networks Offering

Chairman Messages



E.D Office



Corporate Structure



Partnership



Turnover



Investments



Financial



Policies

**Clearing & Forwarding**



Custom Clearance Has Become A Mushroom Trade And Is Mostly Run By Non-Professionals Who Are Creating A Very Bad Impression And Perception In Mind Of Importers And Exporters, Reason To Reactivate F.F.C Under The Banner Of Mega & Forbes Group Of Companies .

&gt;&gt;&gt;

Extensive Supply Chain Managemer And Inventory Tracking, Intellige Container Box Security, Etc.

2005. All Rights Reserved.   A MEGA MULTI MODAL LOGISTIC GROUP   Design & Created by MEGA Web Unit