# EXHIBIT C



Home          E-Services          Management          Up-Country Of

we keep you moving...

MEGAIMPEX | MEGATRANS | MEGAFEEDER | MEGATECH | MEGATRANSPORT| MEGAAIR | MEGARAIL | MSC | MLOG | INSHIPPING | INSERVEY | INSHIP | INTRA21 | SEAEXPRE

A I R                                              S E A

L A N D

FORBES FORBES CAMPBELL | FORBES SHIPPING | FORBES FERRY | FORBES LATHAM | FORBES LOGISTICS | FORBES TELECOM | FORBES LOGICOM | SEACON | SEALOG

## Join The Mega Experience

Chairman Me    **Corporate Structure**

E.D Office

Corporate Str

Partnership

Turnover

Investments

Financial



MEGA & FORBES STRUCTURE



2005. All Rights Reserved.

A MEGA MULTI MODAL LOGISTIC GROUP                                        Design & Created by MEGA Web Unit