**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/25/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAI INTERNATIONAL, INC.,

              Plaintiff

v.

MEGAFLEET (PRIVATE) LIMITED, INSHIPPING (PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED, INSERVEY PAKISTAN (PRIVATE) LIMITED, MEGAIMPEX PAKISTAN (PRIVATE) LIMITED, MEGA IMPEX (PRIVATE) LIMITED, MEGATECH (PRIVATE) LIMITED, MEGATRANS PAKISTAN (PRIVATE) LIMITED, INTRA 21 (PRIVATE) LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED, MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES CAMPBELL & CO (PRIVATE) LIMITED, M-LOG (PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE) LIMITED, FORBES LATHAM (PRIVATE) LIMITED, FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED, FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE) LIMITED, SEALOG (PRIVATE) LIMITED, SEAEXPRESS (PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE) LIMITED, FORBES LOGICOM (PRIVATE) LIMITED, MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT (PRIVATE) LIMITED, FORBES SHIPPING COMPANY (PRIVATE) LIMITED, M. HABIBULLAH KHAN, MEGAFEEDER (PRIVATE) LIMITED,

              Defendants.

07-cv-3728 (LLS)

ORDER DIRECTING REDUCTION IN LEVEL OF SECURITY AND AMENDMENT TO PROCESS OF ATTACHMENT

---

*Having heard counsel on July 16, 2007 and in accordance with my oral directions on that day,*

IT IS HEREBY ORDERED that the Process of Maritime Attachment and Garnishment issued in this action is hereby amended such that the maximum amount of assets to be restrained

*LLS*

NYDOCS1/287022.1          1

under the Process is $4,000,000, and Plaintiff is directed to so notify each garnishee upon whom a copy of the Process of Maritime Attachment and Garnishment has been or is served, *without prejudice to further applications to increase or decrease that amount.*

*LLS*

So Ordered:

_Louis L. Stanton_
U.S. DISTRICT JUDGE

Dated: July **25**, 2007