UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAI INTERNATIONAL, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>MEGAFLEET (PRIVATE) LIMITED, INSHIPPING (PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED, INSERVEY PAKISTAN (PRIVATE) LIMITED, MEGAIMPEX PAKISTAN (PRIVATE) LIMITED, MEGA IMPEX (PRIVATE) LIMITED, MEGATECH (PRIVATE) LIMITED, MEGATRANS PAKISTAN (PRIVATE) LIMITED, INTRA 21 (PRIVATE) LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED, MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES CAMPBELL & CO (PRIVATE) LIMITED, M-LOG (PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE) LIMITED, FORBES LATHAM (PRIVATE) LIMITED, FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED, FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE) LIMITED, SEALOG (PRIVATE) LIMITED, SEAEXPRESS (PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE) LIMITED, FORBES LOGICOM (PRIVATE) LIMITED, MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT (PRIVATE) LIMITED, FORBES SHIPPING COMPANY (PRIVATE) LIMITED, M. HABIBULLAH KHAN, MEGAFEEDER (PRIVATE) LIMITED,<br><br>                    Defendants. | *Amended*<br>**SUMMONS**<br><br>No. 07-CV-3728(LLS) |

TO: MEGAFLEET (PRIVATE) LIMITED, INSHIPPING (PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED, INSERVEY PAKISTAN (PRIVATE) LIMITED, MEGAIMPEX PAKISTAN (PRIVATE) LIMITED, MEGA IMPEX (PRIVATE) LIMITED, MEGATECH (PRIVATE) LIMITED, MEGATRANS PAKISTAN (PRIVATE) LIMITED, INTRA 21 (PRIVATE) LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED, MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES CAMPBELL & CO (PRIVATE) LIMITED, M-LOG (PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE) LIMITED, FORBES LATHAM (PRIVATE) LIMITED, FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED, FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE) LIMITED, SEALOG (PRIVATE) LIMITED, SEAEXPRESS (PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE) LIMITED, FORBES LOGICOM (PRIVATE) LIMITED, MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT (PRIVATE) LIMITED, FORBES SHIPPING COMPANY (PRIVATE) LIMITED, M. HABIBULLAH KHAN, MEGAFEEDER (PRIVATE) LIMITED,

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys, Sheppard, Mullin, Richter & Hampton LLP, whose address is 30 Rockefeller Plaza, Suite 2400, New York, New York 10112, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    MAY 2 1 2007
_Clerk_                                                                        _Date_

_(By) Deputy Clerk_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/9/07 |
| NAME OF SERVER (PRINT) Elizabeth M. Rotenberg-Schwartz | TITLE Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered international mail certified return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/27/07
            Date

Signature of Server

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza   Suite 2400
New York, NY 10112

Address of Server

Sworn to before me this 27th day of July 2007

GAIL BURWA
Notary Public, State of New York
No. 01BU6002356
Qualified in New York County
Commission Expires February 2, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Receipt 1 (RE232753223US):**

- Registered No.: RE232753223US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Postage: $8.65
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Date Stamp: 0056  44  07/09/07
- Customer Must Declare Full Value: $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
MSC Pakistan (Private) Limited
4th Floor, P.N.S.C. Building, Maulvi
Tamizuddin Khan Road, Karachi 74000
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail, May 2004

---

**Receipt 2 (RE232753210US):**

- Registered No.: RE232753210US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Postage: $8.65
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Date Stamp: 0056  44  07/09/07
- Customer Must Declare Full Value: $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
Megatrans Pakistan (Private) Limited
GF-8, KDLB Building, 58, West
Wharf, Road, Karachi 74000
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail, May 2004

## Receipt 1

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| RE052134484US | | | | |
| Reg. Fee | $10.1? | | | 0056 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 44 |
| Postage | $8.65 | Restricted Delivery | $0.00 | 07/09/07 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance ☐ / Without Postal Insurance ☐ | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

10020

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
PK Pakistan
Megatech (Private) Limited
G.F.5, K.D.L.B. Building, 58, West Wharf Road, Karachi 74000
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

## Receipt 2

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| RE052134475US | | | | |
| Reg. Fee | $10.15 | | | 0056 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 44 |
| Postage | $8.65 | Restricted Delivery | $0.00 | 07/09/07 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance ☐ / Without Postal Insurance ☐ | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

10020

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
PK Pakistan
Mega Impex (Private) Limited
4th Floor, P.N.S.C. Building,
Maulvi Tamizuddin Khan Road,
Karachi 74000
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

**Receipt 1 (RE052134467US):**

- Registered No.: RE052134467US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Postage: $8.65
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Date Stamp: 0056 44 07/09/07
- Customer Must Declare Full Value: $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
PK Pakistan Inservey Pakistan (Private) Limited
15th Floor, P.N.S.C. Building
Moulvi Tamizuddin Khan Road
Karachi, 74000, Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail, May 2004 — Copy 1 - Customer

**Receipt 2 (RE052134453US):**

- Registered No.: RE052134453US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Postage: $8.65
- Return Receipt: $2.15
- Restricted Delivery: $0.00
- Date Stamp: 0056 44 07/09/07
- Customer Must Declare Full Value: $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
PK Pakistan Inshipping (Private) Limited
P.O. Box 6187
GF-5, K.D.L.B. Building, 58, West Wharf Road
Karachi 74000
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail, May 2004 — Copy 1 - Customer

**Receipt 1:**

Registered No. RE232753268US
Reg. Fee: $10.15
Handling Charge: $0.00
Postage: $8.65
Return Receipt: $2.15
Restricted Delivery: $0.00
Date Stamp: 0056 44 07/09/07
Customer Must Declare Full Value: $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
Forbes Telecommunications (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

**Receipt 2:**

Registered No. RE232753237US
Reg. Fee: $10.15
Handling Charge: $0.00
Postage: $8.65
Return Receipt: $2.15
Restricted Delivery: $0.00
Date Stamp: 0056 44 07/09/07
Customer Must Declare Full Value: $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
Forbes Forbes Campbell & Co (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

| Registered No. RE2~~32753254US~~ | | | Date Stamp | |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | 0056 | |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 44 |
| Postage | $8.65 | Restricted Delivery | $0.00 | 07/09/07 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance ☐ Without Postal Insurance ☐ | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE
10020

FROM: E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO: ~~Forbes~~ Pakistan Shipping (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

| Registered No. RE232753254US | | | Date Stamp | |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | 0056 | |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 44 |
| Postage | $8.65 | Restricted Delivery | $0.00 | 07/09/07 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | With Postal Insurance ☐ Without Postal Insurance ☐ | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE
10020

FROM: E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO: ~~Forbes~~ Pakistan Latham (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

| Registered No. RE2327E7...71 | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0056 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 44 |
| Postage | $8.65 | Restricted Delivery | $0.00 | 07/09/07 |
| Received by | | | | |
| Customer Must Declare Full Value $$0.00 | | ☐ With Postal Insurance ☐ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
10020
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
~~Bebito~~ Pakistan (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

| Registered No. RE2327E7... | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0056 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 44 |
| Postage | $8.65 | Restricted Delivery | $0.00 | 07/09/07 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 | | ☐ With Postal Insurance ☐ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
10020
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
~~Bebito~~ Express (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

**Receipt 1:**

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee | $10.15 | 0056 |
| Handling Charge | $0.00 | |
| Return Receipt | $2.15 | 44 |
| Postage | $8.65 | |
| Restricted Delivery | $0.00 | 07/09/07 |

Customer Must Declare Full Value $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
Pakistan Logistics (Private) Limited
GF-4, KDLB Building, 58 West
Wharf Road, Karachi 74000
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051)

---

**Receipt 2:**

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee | $10.15 | 0056 |
| Handling Charge | $0.00 | |
| Return Receipt | $2.15 | 44 |
| Postage | $8.65 | |
| Restricted Delivery | $0.00 | 07/09/07 |

Customer Must Declare Full Value $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
Khawaja Shams-ul-Islam
F-4 Unit #7, Mustafa Avenue,
Block-9
Clifton, Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051)

---

**Receipt 3:**

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee | $10.15 | 0056 |
| Handling Charge | $0.00 | |
| Return Receipt | $2.15 | 44 |
| Postage | $8.65 | |
| Restricted Delivery | $0.00 | 07/09/07 |

Customer Must Declare Full Value $0.00

FROM:
E. Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza - Suite 2400
New York, NY 10112

TO:
Pakistan Shipping Company (Private) Limited
1st Floor, Ebrahim Building
West Wharf Road
Karachi - Pakistan

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051)