☐ **ORIGINAL**

STANTON, S.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

276-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAI INTERNATIONAL, INC., | |
| Plaintiff | 07-cv-3728 (LLS) |
| -versus- | |
| MEGAFLEET (PRIVATE) LIMITED, et al. | **STIPULATION REGARDING** |
| | **EXTENSION OF TIME TO ANSWER** |
| Defendants | **PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff CAI International, Inc. and all Defendants named in this action (including Megafleet (Private) Limited, Inshipping (Private) Limited, Inship (Private) Limited, Inservey Pakistan (Private) Limited, Megaimpex Pakistan (Private) Limited, Mega Impex (Private) Limited, Megatech (Private) Limited, Megatrans Pakistan (Private) Limited, Intra 21 (Private) Limited, Intra Twenty One (Private) Limited, MSC Pakistan (Private) Limited, Forbes Forbes Campbell & Co. (Private) Limited, M-Log (Private) Limited, Forbes Shipping (Private) Limited, Forbes Latham (Private) Limited, Forbes Telecommunications (Private) Limited, Forbes Telecom (Private) Limited, Megatravel Pakistan (Private) Limited, Seacon (Private) Limited, Sealog (Private) Limited, Seaexpress (Privatge) Limited, Forbes Logistics (Private) Limited, Forbes Logicom (Private) Limited, Megarail (Private) Limited, Megatransport (Private) Limited, Forbes Shipping Company

NYDOCS1/287703.1                    1

(Private) Limited, and M. Habibullah Khan), through their respective undersigned counsel, that the time for the Defendants to appear, answer or otherwise move with respect to Plaintiff's Complaint is extended up through **August 30, 2007**. This Stipulation is made without prejudice to and without waiver of any defenses including without limitation lack of personal jurisdiction, improper venue, and any other defenses.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
80 Pine Street
New York, NY 10005
(212) 425-1900
Attorneys for Defendants

Elizabeth M. Rotenberg-Schwartz (ER 2607)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
(212) 332-3800 (Tel.)
(212) 332-3888

**SO ORDERED:**

Louis L. Stanton
U.S.D.J.

7/31/07