ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - -x

CAI INTERNATIONAL, INC.,

                  Plaintiff,         07 Civ. 3728 (LLS)

   - against -                            ORDER

MEGAFLEET (PRIVATE) LIMITED, INSHIPPING
(PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED,
INSERVEY PAKISTAN (PRIVATE) LIMITED,
MEGAIMPEX PAKISTAN (PRIVATE) LIMITED,
MEGA IMPEX (PRIVATE) LIMITED, MEGATECH
(PRIVATE) LIMITED, MEGATRANS PAKISTAN
(PRIVATE) LIMITED, INTRA 21 (PRIVATE)
LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED,
MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES
CAMPBELL & CO (PRIVATE) LIMITED, M-LOG
(PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE)
LIMITED, FORBES LATHAM (PRIVATE) LIMITED,
FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED,
FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL
PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE)
LIMITED, SEALOG (PRIVATE) LIMITED, SEAXPRESS
(PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE)
LIMITED, FORBES LOFICOM (PRIVATE) LIMITED,
MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT
(PRIVATE) LIMITED, FORBES SHIPPING COMPANY
(PRIVATE) LIMITED, M. HABIBULLAH KHAN,
MEGAFEEDER (PRIVATE) LIMITED,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - -x

    Having received defendants' letters dated September 19 and September 26, 2007 wherein they concede liability in this case, it is

    ORDERED that

    1. Defendants are liable to plaintiff for the claims stated in the complaint; and

2. This case is respectfully referred to Magistrate Judge Freeman for an inquest on the amount of damages justly due and owing to the plaintiff from defendants.

So ordered.

Dated: New York, New York
October 11, 2007

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.