UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAI INTERNATIONAL, INC.,                          :

                        Plaintiff,                          :          07 Civ. 3728 (LLS) (DF)

       -against-                                        :          **ORDER**

MEGAFLEET (PRIVATE) LIMITED, *et al.*            :

                Defendant.                          :
-------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      This matter having been referred to me to conduct an inquest and to report and

recommend concerning Plaintiff's damages; and the Court having issued an Order on

November 26, 2007, directing the parties to confer in good faith regarding a schedule for

discovery regarding Plaintiff's claimed damages and to submit a proposed schedule to the Court

for both discovery and the damages inquest; and the parties having now represented to the Court

that they have been unable to confer and agree on a proposed schedule; it is hereby ORDERED

that:

      1.     All discovery concerning the amount of, and support for, Plaintiff's claimed

damages shall be completed no later than January 11, 2008.  <u>The parties are directed to work</u>

<u>together cooperatively to ensure that this discovery is completed in accordance with this</u>

<u>schedule.</u>

      2.     Plaintiff shall file and serve on Defendant (with a courtesy copy to my chambers)

Proposed Findings of Fact and Conclusions of Law concerning damages no later than

January 25, 2008.

3.      Plaintiff's Proposed Findings should specifically tie the proposed damages figure(s) to the legal claim(s) on which liability has now been established; should demonstrate how Plaintiff has arrived at the proposed damages figure(s); and should be supported by an affidavit attaching as exhibits and containing an explanation of any documentary evidence that helps establish the proposed damages.

4.      Defendant shall submit its response, if any, to Plaintiff's submission no later than February 8, 2008.

5.      The Court will determine whether a hearing as to damages is needed after review of the parties' submissions, and will notify the parties if a hearing is to be scheduled.  Any request for a hearing should be made in writing, no later than the date of the parties' respective submissions.

Dated:  New York, New York
        November 30, 2007

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

2

Copies To:

Hon. Louis L. Stanton, U.S.D.J.

Elizabeth M. Rotenberg-Schwartz, Esq.
Lisa M. Lewis, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza
Suite 2400
New York, NY 10112
Fax:  (212) 332-3888

Peter Judge Gutowski, Esq.
Gina Maria Venezia, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
Fax: (212) 425-1901