01/11/2008 13:39 FAX 212 332 3888        SHEPPARD MULLIN                    ☒002/003



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

30 Rockefeller Plaza | 24th Floor | New York, NY 10112
212-332-3800 office | 212-332-3888 fax | www.sheppardmullin.com



Writer's Direct Line: 212-332-3827
erotenberg-schwartz@sheppardmullin.com

January 11, 2008

Our File Number: 06SL-129966

**BY FACSIMILE**

JAN 11 2008

Honorable Debra C. Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 525
New York, New York 10007

      Re:   CAI International v. Megafleet (Private) Limited, et al.,
            07 Civ. 3728 (LLS) (DCF)

Dear Judge Freeman:

     We serve as counsel to Plaintiff CAI International ("CAI") in the above-referenced action. We have conferred with counsel to Defendants and write in support of a joint request for an extension of time to complete discovery and to modify the briefing schedule set forth in this Court's Order dated November 30, 2007 ("Order").

     The Order set the close of discovery on January 11, 2008. By e-mail of January 7, 2008, Defendants identified documents, which CAI agreed to produce subject to its responses and objections set forth in CAI's e-mail of January 10, 2008. While CAI is in the process of responding to Defendants' requests, it will take time to compile the requested materials. Accordingly, both parties respectfully request that all dates set forth in the Order be extended by fourteen (14) days as follows:

     All discovery shall be completed no later than January 25, 2008.

     Plaintiff shall file and serve on Defendants Proposed Findings of Fact and Conclusions of Law concerning damages no later than February 8, 2008.

     Defendants shall submit their response, if any, to Plaintiff's submission no later than February 22, 2008.

SO ORDERED:    DATE: 1/11/08

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Honorable Debra C. Freeman
January 11, 2008
Page 2

We await further instruction from the Court.

Respectfully,

Elizabeth M. Rotenberg-Schwartz

W02-WEST:7ERS1\400659698.1

cc: Peter J. Gutowski, Esq. (By facsimile and electronic mail)
Gina M. Venezia, Esq. (By facsimile and electronic mail)