ORIGINAL

ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAI INTERNATIONAL, INC.,

          Plaintiff

    v.

MEGAFLEET (PRIVATE) LIMITED, INSHIPPING (PRIVATE) LIMITED, INSHIP (PRIVATE) LIMITED, INSERVEY PAKISTAN (PRIVATE) LIMITED, MEGAIMPEX PAKISTAN (PRIVATE) LIMITED, MEGA IMPEX (PRIVATE) LIMITED, MEGATECH (PRIVATE) LIMITED, MEGATRANS PAKISTAN (PRIVATE) LIMITED, INTRA 21 (PRIVATE) LIMITED, INTRA TWENTY ONE (PRIVATE) LIMITED, MSC PAKISTAN (PRIVATE) LIMITED, FORBES FORBES CAMPBELL & CO (PRIVATE) LIMITED, M-LOG (PRIVATE) LIMITED, FORBES SHIPPING (PRIVATE) LIMITED, FORBES LATHAM (PRIVATE) LIMITED, FORBES TELECOMMUNICATIONS (PRIVATE) LIMITED, FORBES TELECOM (PRIVATE) LIMITED, MEGATRAVEL PAKISTAN (PRIVATE) LIMITED, SEACON (PRIVATE) LIMITED, SEALOG (PRIVATE) LIMITED, SEAEXPRESS (PRIVATE) LIMITED, FORBES LOGISTICS (PRIVATE) LIMITED, FORBES LOGICOM (PRIVATE) LIMITED, MEGARAIL (PRIVATE) LIMITED, MEGATRANSPORT (PRIVATE) LIMITED, FORBES SHIPPING COMPANY (PRIVATE) LIMITED, M. HABIBULLAH KHAN, MEGAFEEDER (PRIVATE) LIMITED;

          Defendants.

07-CV-3728 (LLS)

ORDER DISMISSING ACTION WITH PREJUDICE, VACATING ORDER OF ATTACHMENT AND ORDER OF LIABILITY, AND DIRECTING RELEASE AND TRANSFER OF FUNDS UNDER ATTACHMENT

NYDOCS1/300014.1

The parties having represented to the Court that the claims which form the subject matter of this action are resolved,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs to any party, subject to reopening by any party within thirty (30) days in the event any further judicial action or assistance is required to implement the parties' agreement including the release and transfer of the attached funds; and

IT IS FURTHER ORDERED that this Court's Order entered on October 12, 2007, on liability is hereby vacated; and

IT IS FURTHER ORDERED that the Process of Maritime Attachment and Garnishment issued in this action is hereby cancelled and vacated, and any garnishee restraining funds pursuant to the process of attachment issued in this action, upon whom a copy of this order is delivered, shall release the funds and immediately transfer those funds back to the originator identified in the transfer or, if the originator cannot be identified or the transfers cannot be reversed, to an account to be designated in a separate writing issued to the garnishee(s) from counsel for the defendants.

Dated: March 10, 2008

_Louis L. Stanton_
UNITED STATES DISTRICT JUDGE

The undersigned as counsel for the parties hereby consent to entry of this Order.

Elizabeth Rotenberg-Schwartz (ER 2607)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza, Suite 2400
New York, NY 10112
Tel: (212) 332-3800
Fax: (212) 332-3888
*Attorneys for Plaintiff*

Peter J. Gutowski (PG 2200)
FREEHILL HOGAN & MAHAR, LLP
80 Pine St.
New York, NY 10005
Tel: (212) 425-1900
Fax: (212) 425-1901
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, PETER J. GUTOWSKI, certify that I am counsel of record for Defendants. On March 7, 2008, the within Order Dismissing Action with Prejudice, Vacating Order of Attachment and Order of Liability, and Directly Release of Funds Under Attachment was served by email upon the following counsel for Plaintiff:

Elizabeth Rotenberg-Schwartz
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112
*ERotenberg-Schwartz@sheppardmullin.com*

_____
Peter J. Gutowski

Dated: March 7, 2008